UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET L. GILMORE,<br>    Plaintiff | )<br>)<br>)<br>) Civil Action |
| V. | )<br>) No. _____ |
| AMERICAN CRUISE LINES, INC.,<br>    Defendant | )<br>)<br>) |

SEAMAN'S AFFIDAVIT         MAGISTRATE JUDGE _____

I, CAROLYN M. LATTI, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.    The Plaintiff, MARGARET L. GILMORE, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

Dated: 11-1-04            (617) 523-1000

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 1st day of November, 2004

Notary Public          My commission expires 9-22-06

