# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

MARGARET L. GILMORE

V.

AMERICAN CRUISE LINES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 12323

TO: (Name and address of defendant)

AMERICAN CRUISE LINES, INC.
741 Boston Post Road
Suite 200
Guilford, CT 06437

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

11-2-04

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET L. GILMORE** Plaintiff(s), Petitioner(s) | CLIENT: Carolyn M. Latti, Esquire<br>INDEX NO.: 04 12323 NG<br>DATE OF FILING: 11/2/2004 |
| against | |
| **AMERICAN CRUISE LINES INC.** Defendant(s), Respondent(s) | **AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Emily S. Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fairfield, CT.

Furthermore, that on **November 5, 2004 at 2:30 PM at 741 Boston Post Road, Suite 200, Guilford, CT 06437,** deponent served the **Summons In A Civil Action; Complaint With Jury Trial Demand** upon **American Cruise Lines Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action; Complaint With Jury Trial Demand** with **Amanda Curdella** a person who is known to be the **Marketing Manager** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action; Complaint With Jury Trial Demand**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **21-35** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Emily S. Rubin, Private Process Server

Sworn to before me on November 8, 2004

Notary Public
My Commission Expires 08/31/2009