UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

**Margaret L. Gilmore**

    V.

**American Cruise Lines, Inc.**

CA/CR No. 04-12323 -NG

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **BOWLER** for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    **XX**    **Referred for full pretrial case management, not including dispositive motions:**

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

(E)

    ( ) Motion(s) for injunctive relief

    ( ) Motion(s) for judgment on the pleadings

    ( ) Motion(s) for summary judgment

    ( ) Motion(s) to permit maintenance of a class action

    ( ) Motion(s) to suppress evidence

    ( ) Motion(s) to dismiss

    ( ) Post Conviction Proceedings[1]

    See Documents Numbered: _____

(F)    Case referred for events only. See Doc. No(s). _____

(G)    Case referred for settlement.

(H)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:

    ( ) In accordance with Rule 53, F.R.Civ.P.

    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(I)    **Special Instructions:**_____

  2/11/05                                                     By:    /s/Maryellen Molloy
Date                                                                           Deputy Clerk

---

[1]