UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET L. GILMORE )
   Plaintiff )
)   Civil Action No. 04-12323-NG
v. )
)
AMERICAN CRUISE LINES, INC. )
   Defendant )

### DEFENDANT'S MOTION TO QUASH PLAINTIFF'S NOTICE OF INSPECTION

Now comes the defendant American Cruise Lines, Inc. ("ACL") and moves pursuant to Local Rules 7.1 and 37.1 to quash plaintiff's notice to inspect the MV AMERICAN EAGLE in New Bedford, MA on June 13, 2005. Said notice was received on June 1, 2005.

In support of said motion, ACL submits herewith the affidavit of ACL's Ms. Amanda Cardella, Exhibit A. The MV AMERICAN EAGLE will not be in New Bedford on June 13 and is not scheduled to be calling at any Massachusetts port until September, 2005.

ACL had offered plaintiff the opportunity to inspect the MV AMERICAN EAGLE in Salisbury, Maryland on June 14, 2005 or such other date in June, 2005 convenient for counsel without Court intervention. Looney & Grossman LLP letter dated June 1, 2005 attached as Exhibit B. The AMERICAN EAGLE is not home ported in Massachusetts, ACL's principal place of business is not in Massachusetts and the incident giving rise to the lawsuit did not occur in Massachusetts.

The instant litigation is a significant claim as the plaintiff complains of significant post traumatic stress syndrome injuries arising from an alleged sexual assault by a fellow crewmember on the AMERICAN EAGLE on August 5, 2002.

As seen from the affidavit of Ms. Cardella, the AMERICAN EAGLE is not operating in June and is in a shipyard in Salisbury, Maryland. When operating, the AMERICAN EAGLE has passengers on board seven days a week. Since the plaintiff alleges an incident in her stateroom, No. 308, it is assumed plaintiff will wish to inspect the stateroom.

ACL does not contest plaintiff's right to inspect the stateroom or any other areas which may be relevant to the alleged events complained of. What ACL objects to is the totally unnecessary disruption of the normal operations of the AMERICAN EAGLE – either a delay in boarding passengers and/or beginning a cruise - when an inspection can be accomplished in Salisbury, Maryland when the vessel is passenger free.

Salisbury, Maryland is approximately a two hour drive from Baltimore, Maryland. Roundtrip airfare from Boston to Baltimore can be as low as $138.00 (Exhibit 3). The difference in time and price to inspect the AMERICAN EAGLE in Massachusetts, Maine as compared to Salisbury, Maryland does not warrant the expense and inconvenience of interrupting the regular operations of the AMERICAN EAGLE.

For the foregoing reasons, ACL moves that the notice of inspection for be quashed and that plaintiff be ordered to inspect the MV AMERICAN EAGLE in Salisbury, Maryland in June, 2005.

ACL requests oral argument.

The parties have complied with Local Rule 37.1. Telephone discussions were held on or about June 1, 2005.

June 3, 2005

AMERICAN CRUISE LINES, INC.
By its attorneys,

Bertram E. Snyder, BBO#471320
Patrick O. McAleer, BBO#642627
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

## Certificate of Service

I hereby certify that on this 3rd day of June 2005, I served the foregoing by mail,- a copy thereof, to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109.

_____
Bertram E. Snyder