UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET L. GILMORE )
    Plaintiff )
)
v. ) Civil Action No. 04-12323-NG
)
AMERICAN CRUISE LINES, INC. )
    Defendant )

**AFFIDAVIT OF AMANDA CARDELLA IN SUPPORT OF DEFENDANT AMERICAN CRUISE LINES, INC.'S MOTION TO QUASH PLAINTIFF'S NOTICE OF INSPECTION**

Now comes Ms. Amanda Cardella, being duly sworn, deposes and says as follows:

1. I am over 18 years old and am employed by defendant American Cruise Lines, Inc. ("ACL") as executive assistant to Charles Robertson, president of ACL.

2. I submit this affidavit due to Mr. Robertson's absence from the office.

3. One of my functions has been to work with our outside counsel Bertram E. Snyder, Esq., Looney & Grossman LLP, 101 Arch Street, Boston, MA in connection with the defense of the instant action. In that regard I have worked with Mr. Snyder to coordinate efforts to make the MV AMERICAN EAGLE available for inspection and photographing by the plaintiff. The AMERICAN EAGLE is scheduled to be at a shipyard in Salisbury, Maryland during the month of June, 2005 and I provided this information to Mr. Snyder. It was agreed that the vessel would be inspected on June 14 in Salisbury, Maryland.

4. I submit this affidavit in support of ACL's efforts to quash the notice of inspection of the AMERICAN EAGLE on June 13, 2005 in New Bedford, Massachusetts. The MV AMERICAN EAGLE will not be in New Bedford, Massachusetts on June 13, 2005. Many months ago it was tentatively scheduled for the AMERICAN EAGLE to make a stop in New Bedford but this trip was cancelled. The AMERICAN EAGLE is scheduled to make two New England Island cruises in late September 2005 calling at Nantucket, Martha's Vineyard, Fall River and New Bedford. The specific dates for ports of call vary according to the trip circumstances – e.g. weather and dock availability.

5. When the AMERICAN EAGLE is operating, it operates 7 days a weeks, 24 hours a day. Cruises usually end on Saturday mornings with passengers leaving the ship

by 8:00 a.m. and the next cruise passengers begin boarding approximately 9:00 a.m. with the ship departing when all passengers are on board. During this approximate two hour window, the AMERICAN EAGLE crew is engaged in preparing the staterooms and vessel in general for the incoming passengers.

6. The AMERICAN EAGLE is scheduled to resume operating in early July in Maine waters. Because of the circumstances of the instant case, it is anticipated that the plaintiff will wish to inspect certain staterooms and other areas of the vessel. If the vessel is carrying passengers, it will be extremely awkward for the staterooms desired to be inspected by the plaintiff to be made available. ACL would have to delay boarding its passengers.

7. Without the necessity of Court intervention, ACL had agreed to make the AMERICAN EAGLE available in Salisbury when there would be no passengers on board and the plaintiff's representatives could have access to those portions of the vessel which are relevant to the instant litigation.

Signed under the pains and penalties of perjury this 2nd day of June, 2005.

_____
Amanda Cardella
Executive Assistant to Charles Robertson, President
of American Cruise Lines, Inc.