# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

June 1, 2005

**BY FACSIMILE**

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

    Re:    **Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.**
             **MV AMERICAN EAGLE DOA August 5, 2002**
             **Civil Action No. 04-12323 NG**
             **Our File No. 1372.077**

Dear Ms. Latti:

    This confirms our May 31 telephone conversations with respect to inspecting the MV AMERICAN EAGLE in Salisbury, Maryland. The vessel will be available on June 14. We can discuss specific times after travel plans have been firmed up.

    If there are any questions, please advise.

                              Very truly yours,

                              Bertram E. Snyder

BES/ldo

L:\1372\077\Ltr 15

```
Confirmation Report - Memory Send

                              Time      : Jun-01-05  11:25am
                              Tel line  : +6177371053
                              Name      : LOONEY GROSSMAN L


Job number       :  127

Date             :  Jun-01  11:22am

To               :  5221#1372*077#6175237394

Document pages   :  02

Start time       :  Jun-01  11:22am

End time         :  Jun-01  11:24am

Pages sent       :  02

Status           :  OK

Job number    : 127           *** SEND SUCCESSFUL ***
```

[Below the confirmation report, an upside-down fax cover sheet appears, showing:]

**Looney & Grossman LLP**
Attorneys at Law
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

**FACSIMILE COVER SHEET**

| TO: | Carolyn Latti | FROM: | Bertram E. Snyder |
|---|---|---|---|
| COMPANY: | Latti & Anderson | DATE: | June 1, 2005 |
| FAX NUMBER: | 617-523-7394 | TOTAL NO. OF PAGES INCLUDING COVER: | 2 |
| RE: | Meg Jacobi | FILE NO.: | 1372.077 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800
The original of the transmitted documents will be sent by:
☐ Regular Mail   ☐ Overnight Mail   ☐ Messenger   ☐ This is the only form of delivery of transmitted document.

COMMENTS:

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.