

airTran AIRWAYS

**Reservations & Schedules**

reservations    flight check-in

find itinerary   book flights   hotels   vacat

HELP    SEARCH   SELECT   CONFIRM   PASSENGER INFO   PURCHASE   RECEIPT

Airfares displayed include departure tax but do not include segment taxes, Airport Passenger Facility Charges September 11th security fee.

To select a flight, please click on the radio button (circle) to the left of the fare listing. Then scroll down the pag the Continue button.

## Select a Departing Flight

**Check Previous Day**   **Check Next Day**

| | Fare | | Date | Time | | From/To |
|---|---|---|---|---|---|---|
| Web Special (Web Sale Fare!) | $69.00* | | Tue, 14 Jun 05 Flight 321 | 7:00 am 8:34 am | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 475 | 9:10 am 10:44 am | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 431 | 11:00 am 12:28 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 485 | 1:00 pm 2:30 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 49 | 2:25 pm 3:55 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 467 | 4:25 pm 5:56 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 465 | 5:39 pm 7:10 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |
| Coach | $107.00* | | Tue, 14 Jun 05 Flight 463 | 8:00 pm 9:31 pm | depart arrive | Boston, MA (BOS) Baltimore, MD/Washington |
| Biz Class | $227.00* | | | | | |

You must be over 18 years of age to purchase tickets online. When making reservations for **unaccompanied minors or someone re** **special assistance** (wheelchair, traveling with animal, etc.) please complete your purchase, then call 1-800-AIR-TRAN to review your requirements with us.