

PLAINTIFF'S EXHIBIT A

# Maine Coast & Harbors

[Select an Itinerary ▼]

## Eight Day / Seven Night Cruise

The only way to truly appreciate the beauty of Downeast Maine is from the surrounding waters, protected coves, and coastal bays. This 8-Day/7-Night itinerary offers breathtaking views of spectacular mountain vistas, bustling harbor towns and a wealth of wildlife as you glide along the picturesque coast of Maine.

**READ PASSENGER COMMENTS ABOUT THIS ITINERARY**

*it must be* **maine** — CLICK FOR INFO

Click on the map or on a port to the right.



### DAY BY DAY

Day 1 - Bangor, ME
Day 2 - Bar Harbor, ME
Day 3 - Rockland, ME
Day 4 - Bath, ME
Day 5 - Camden, ME
Day 6 - Belfast, ME
Day 7 - Bucksport, ME
Day 8 - Bangor, ME

*Some cruises may depart from or return to* **Portland, ME**
*Itinerary subject to change.*



click to enlarge photo

## SCHEDULE

The Maine Coast & Harbors Cruise is available on the following dates:

|  | 2005 | 2006 |
|---|---|---|
| **American Eagle** | Jul. 3, 9, 16, 23, 30<br>Aug. 6, 13, 20, 27<br>Sep. 3, 10 | |
| **American Glory** | | Jul. 2, 8, 15, 22, 29<br>Aug. 5, 12, 19, 26<br>Sep. 2, 9 |

[CLICK FOR RATE INFORMATION]