PLAINTIFF'S EXHIBIT 

# New England Islands

Select an Itinerary

## Eight Day / Seven Night Cruise

Spend 8-Days/7-Nights "Harbor Hopping" among New England's breathtaking islands. From renowned whaling villages to charming summertime destinations, this cruise highlights America's timeless love affair with the sea.

**READ PASSENGER COMMENTS ABOUT THIS ITINERARY**

Click on the map or on a port to the right.



### DAY BY DAY

Day 1 - Providence / New London
Day 2 - New Bedford, MA
Day 3 - Nantucket Island, MA
Day 4 - Martha's Vineyard, MA
Day 5 - Fall River, MA
Day 6 - Newport, RI
Day 7 - Block Island, RI
Day 8 - Providence / New London

*Itinerary subject to change.*


click to enlarge photo

## SCHEDULE

The New England Islands Cruise is available on the following dates:

|  | 2005 | 2006 |
|---|---|---|
| **American Spirit** | Jun. 26<br>Jul. 2, 9, 16, 23, 30<br>Aug. 6, 13, 20, 27<br>Sep. 3, 10, 17, 24<br>Oct. 1 | Jun. 25<br>Jul. 1, 8, 15, 22, 29<br>Aug. 5, 12, 19, 26<br>Sep. 2, 9, 16, 23, 30 |
| **American Glory** | Jun. 26; Jul. 2, 9, 16, 18 23, 30; Aug. 6, 13, 20, 27; Sep. 3, 10, 17, 24 | Jun. 18, 24<br>Sep. 17, 23 |
| **American Eagle** | Jun. 12, 18, 25<br>Sep. 18, 24 | Jun. 11, 17, 24<br>Jul. 1, 8, 15, 22, 29<br>Aug. 5, 12, 19, 26<br>Sep. 2, 9, 16, 23 |