
**PLAINTIFF'S EXHIBIT**

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

March 23, 2005

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re: Margaret L. Gilmore v. American Cruise Lines, Inc.
    Civil Action No: 04-12323-NG

Dear Mr. Snyder:

We would like to do an inspection of the AMERICAN EAGLE. I see that the AMERICAN EAGLE will be doing cruises which stop in both New Bedford and Fall River in June 2005. Please advise as to what dates the vessel will be available for inspection.

Thank you.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt