
PLAINTIFF'S EXHIBIT 1

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109 (617) 523-1000
Portland, ME (207) 874-6464
Facsimile (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740 (508) 999-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605
*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

June 1, 2005

VIA FACSIMILE & MAIL
(617) 951-2819
Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110


FAXED JUN - 1 2005

Re:   Margaret L. Gilmore v. American Cruise Lines, Inc.
      Civil Action No: 04-12323-NG

Dear Mr. Snyder:

    I have reviewed the issue of where an inspection is to occur and I do not find any support for making Plaintiff attend an inspection of the AMERICAN EAGLE in Salisbury, Maryland when the vessel is going to be in the Fall River and New Bedford Massachusetts and throughout Maine in June, July and August. Certainly, it will save time and expense inspecting the vessel in Massachusetts or Maine rather than Salisbury, Maryland. Therefore, I am enclosing a Notice of Inspection for June 13, 2005 which is the date according to the schedule of the AMERICAN EAGLE that it will be in New Bedford, MA.

    Since it appears that we can not agree as to a location, you will have to quash the notice to inspect with the Court.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET L. GILMORE<br>　　Plaintiff<br><br>V.<br><br>AMERICAN CRUISE LINES, INC.<br>　　Defendant | Civil Action<br><br>No. 04-12323-PJB |

PLAINTIFF'S NOTICE TO INSPECT/SURVEY THE
AMERICAN EAGLE

Now comes the Plaintiff in the above captioned matter and pursuant to Rule 34(a)(2) of the Federal Rules of Civil Procedure, hereby requests that the Defendant permit entry upon the AMERICAN EAGLE, for the purpose of inspecting, measuring, surveying, photographing, and/or testing said vessel, her equipment and appurtenances, on June 13, 200 in New Bedford, Massachusetts.

Respectfully submitted for the
Plaintiff, Margaret L. Gilmore,
by her attorney,

Carolyn M. Latti, BBO 567394
David F. Anderson, BBO 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: June 1, 2005