

**Directions**
Start address: baltimore, maryland
End address: salisbury, maryland



Start address: Baltimore, MD
End address: Salisbury, MD
Distance: 116.1 mi (about 2 hours 55 mins)

1. Head **north** from **N Calvert St** - go **0.0 mi**
2. Turn **left** at **E Fayette St** - go **0.1 mi**
3. Turn **left** at **St Paul St** - go **0.1 mi**
4. Continue on **Light St** - go **0.1 mi**
5. Turn **right** at **E Lombard St** - go **0.1 mi**
6. Continue on **W Lombard St** - go **0.5 mi**
7. Turn **left** at **S Greene St** - go **0.1 mi**
8. Continue on **Russell St** - go **1.1 mi**
9. Continue on **MD-295 S** - go **4.2 mi**
10. Take the **I-695 E** ramp to **Key Bridge/Glen Burnie** - go **1.5 mi**
11. Take the **I-97 S** exit **4** to **Annapolis/Bay Bridge** - go **18 mi**
    ...
12. Take the **MD-665** ramp to **Aris T Allen Blvd/Riva Rd** - go **0.6 mi**
13. Merge into **US-301 N/US-50 E** - go **24 mi**
    ...
14. Take the **US-50 E** exit to **Ocean City** - go **0.3 mi**
15. Continue on **Ocean Gtwy** - go **62 mi**
    ...
16. Continue on **US-50-BR E** - go **2.9 mi**

17. Turn **right** at **Mill St** - go **0.1 mi**
18. Turn **left** at **W Carroll St** - go **0.2 mi**
19. Bear **left** at **E Carroll St** - go **0.0 mi**
20. Turn **right** and head toward **W Locust St** - go **0.1 mi**
21. Turn **left** at **W Locust St** - go **0.0 mi**
22. Turn **right** at **Mitchell St** - go **0.1 mi**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2005 NAVTEQ™, Tele Atlas