

PLAINTIFF'S EXHIBIT

# American Eagle 2005 Schedule

Select a Schedule

| Cruise No | Departure Date | No. of Nights | Departure Location | Cruise |
|---|---|---|---|---|
| 575 | Feb 26 | 7 | Jacksonville, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 576 | Mar 5 | 7 | Ft. Myers, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 577 | Mar 12 | 7 | Jacksonville, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 578 | Mar 19 | 7 | Ft. Myers, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 579 | Mar 26 | 7 | Jacksonville, FL | Historic Antebellum South Cruise |
| 580 | Apr 2 | 7 | Charleston, SC | Historic Antebellum South Cruise |
| 581 | Apr 9 | 7 | Jacksonville, FL | Historic Antebellum South Cruise |
| 582 | Apr 16 | 7 | Charleston, SC | Historic Antebellum South Cruise |
| 583 | Apr 23 | 7 | Jacksonville, FL | Historic Antebellum South Cruise |
| 584 | Apr 30 | 7 | Charleston, SC | Historic Antebellum South Cruise |
| 585 | May 7 | 14 | Jacksonville, FL | East Coast Inland Passage Cruise to Baltimore (OW)* |
| 586 | May 7 | 7 | Jacksonville, FL | Historic Antebellum South Cruise |
| 587 | May 14 | 7 | Charleston, SC | Mid Atlantic Inland Passage Cruise (OW)* |
| 588 | May 21 | 7 | Baltimore, MD | Chesapeake Bay Cruise |
| 589 | May 28 | 7 | Baltimore, MD | Chesapeake Bay Cruise |
| 590 | Jun 4 | 6 | Baltimore, MD | Chesapeake Bay Cruise |
| 591 | Sun Jun 12 | 6 | New London, CT | New England Islands Cruise |
| 592 | Jun 18 | 7 | New London, CT | New England Islands Cruise |
| 593 | Jun 25 | 6 | New London, CT | New England Islands Cruise |
| 594 | Sun Jul 3 | 6 | Bangor, ME | Maine Coast & Harbors Cruise |
| 595 | Jul 9 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 596 | Jul 16 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 597 | Jul 23 | 7 | Bangor, ME | Maine Coast & Harbors Cruise - Lobsterfest |
| 598 | Jul 30 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 599 | Aug 6 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 501 | Aug 13 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 502 | Aug 20 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 503 | Aug 27 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 504 | Sep 3 | 7 | Bangor, ME | Maine Coast & Harbors Cruise |
| 505 | Sep 10 | 6 | Bangor, ME | Maine Coast & Harbors Cruise |
| 506 | Sun Sep 18 | 6 | New London, CT | New England Islands Cruise |
| 507 | Sep 24 | 7 | New London, CT | New England Islands Cruise |
| 508 | Oct 1 | 7 | New London, CT | Hudson River Fall Foliage Cruise |
| 509 | Oct 8 | 6 | New London, CT | Hudson River Fall Foliage Cruise |
| 510 | Sun Oct 16 | 6 | Baltimore, MD | Chesapeake Bay Fall Foliage Cruise |
| 511 | Oct 22 | 7 | Baltimore, MD | Chesapeake Bay Fall Foliage Cruise |
| 512 | Oct 29 | 7 | Baltimore, MD | Chesapeake Bay Fall Foliage Cruise |
| 515 | Nov 12 | 7 | Jacksonville, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 516 | Nov 19 | 7 | Ft. Myers, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 517 | Nov 26 | 7 | Jacksonville, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 518 | Dec 3 | 7 | Ft. Myers, FL | Okeechobee & Southern Waterways Cruise (OW)* |
| 519 | Dec 10 | 7 | Jacksonville, FL | Great Rivers of Florida Cruise |
| 520 | Dec 17 | 7 | Jacksonville, FL | Great Rivers of Florida Cruise |

| 521 | Dec 24 | 7 | Jacksonville, FL | Great Rivers of Florida - Christmas Cruise |