UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET L. GILMORE )<br>Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN CRUISE LINES, INC. )<br>Defendant )<br>) | Civil Action No. 04-12323-PJB |

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN HIPAA MEDICAL AUTHORIZATIONS AND TO BE EXAMINED BY DEFENDANT'S PSYCHIATRIST

Now comes the Defendant American Cruise Lines, Inc. and pursuant to MRCP 35 moves for an order compelling plaintiff to sign HIPPA Authorizations for all her medical providers listed in her answers to interrogatories and after said HIPAA authorizations have been used to obtain her complete medical records to submit to a medical examination by defendant's board certified medical expert, Dr. Harold J. Bursztajn.

In compliance with Local Rules 7.1 and 37.1 and Expense and Delay Reduction Plan Rule 3.01, the parties have conferred but have been unable to resolve this discovery dispute.

In support of the instant motion, defendant submits the following:

1. The Affidavit of Bertram E. Snyder, Esq. including the September 14, 2005 report of Dr. Harold J. Bursztajn, Dr. Bursztajn's Curriculum Vitae, relevant correspondence concerning the instant discovery dispute between counsel; plaintiff's complaint, plaintiff's answers to defendant's interrogatories; May 6, 2004 report of Donald DeBlock, Ph.D.;

2. Memorandum of Law;

3. Proposed Order

*[Margin note, left side: The parties have complied with Local Rule 37.1. Please see Affidavit of Bertram E. Snyder, Esq. for letters between counsel with respect to the discovery dispute.]*

**DEFENDANT REQUESTS ORAL ARGUMENT**

DEFENDANT
By its attorney,

September 29, 2005

/s/ Bertram E. Snyder
Bertram E. Snyder, BBO#471320
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2005, I served the foregoing by first class mail, postage prepaid, to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109.

/s/ Bertram E. Snyder
Bertram E. Snyder