UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARGARET L. GILMORE<br>　　　Plaintiff<br><br>v.<br><br>AMERICAN CRUISE LINES, INC.<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  04-12323-PJB |

## **ORDER**

Defendant having moved to compel the plaintiff to sign authorizations to allow it to obtain the medical records of the medical providers listed by plaintiff in answer to defendant's interrogatory no. 1 and after the production of said records for plaintiff to submit to a medical examination by defendant's doctor, a board certified psychiatrist, Harold J. Bursztajn MD, and the parties having briefed and argued the motion, it is hereby ordered that:

(1) on or before _____ plaintiff sign and provide HIPAA Authorizations for all medial providers listed in her answer to defendant Interrogatory No. 1.

(2) that within 3 business days of the receipt of said authorizations, defendant's counsel shall serve the signed medical authorizations on each medical provider listed in plaintiff's answer to Interrogatory No. 1;

(3) that within 5 business days of the receipt of all plaintiff's medical records, from said providers, defendant's counsel will schedule a medical examination of the plaintiff with Dr. Harold J. Bursztajn as soon as reasonably can be conducted considering that the plaintiff lives in Savannah, Georgia and Dr. Bursztajn's schedule.

2

So ordered this _____ day of _____ at Boston, Massachusetts.

_____
Marianne B. Bowler
Chief Magistrate Judge