
PLAINTIFF'S EXHIBIT B

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGARET L. GILMORE,<br>Plaintiff<br><br>V.<br><br>AMERICAN CRUISE LINES, INC.<br>Defendant | Civil Action<br><br>No. 04-12323-NG |

### AFFIDAVIT OF CAROLYN M. LATTI

I, Carolyn M. Latti, under oath do depose and state as follows:

1. I am attorney of record for the Plaintiff in the above captioned matter.

2. I am an attorney within this office handling the matter.

3. At no time prior to Attorney Snyder filing Defendant's Motion to Compel Plaintiff to Sign HIPAA Authorizations and to be Examined by Defendant's Psychiatrist(hereinafter Motion) did Attorney Snyder ever request in writing or orally an IME of Margaret Gilmore.

4. At no time prior to filing the Motion did Attorney Snyder contact me in writing or orally to find out whether I agreed to an IME or not.

5. I have never opposed having Ms. Gilmore examined by an IME. I expected that, when Attorney Snyder wanted an IME, he would contact me to set up a time and place for an examination as attorneys routinely do.

6. At no time prior to filing the Motion did Attorney Snyder ever conduct any type of discovery conference pursuant to Local Rule 37.1 on the issue of whether Defendant was entitled to an IME of Ms. Gilmore.

7. On October 5, 2005, I had a telephone conversations with Attorney Snyder regarding his

motion. During the conversation, I told Attorney Snyder that he had never requested an IME of Ms. Gilmore and did not know Plaintiff's position on the issue. I told Attorney Snyder that Plaintiff has never opposed an IME of Ms. Gilmore. I requested that Attorney Snyder either amend or withdraw his Motion. Attorney Snyder advised that he would review his motion and notify me as to what he was going to do.

Signed under the Pains and Penalties of Perjury this 13th day of October, 2005.

/s/ Carolyn M. Latti
Carolyn M. Latti

3