
PLAINTIFF'S EXHIBIT C

# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

August 15, 2005

RECEIVED AUG 16 2005 LATTI & ANDERSON

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

Re: **Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.**
**MV AMERICAN EAGLE DOA August 5, 2002**
**Civil Action No. 04-12323 NG**
**Our File No. 1372.077**

Dear Ms. Latti:

We acknowledge receipt on August 11th of the plaintiff's answers to defendant's first set of interrogatories. We enclose record keeper notice of depositions of all those listed in answer to interrogatory no. 1 except for Donald DeBlock and Naomi Rucker whose deposition notices we previously had submitted and for whom you have previously provided executed HIPAA Authorization Forms.

Attached to all the notices of deposition are HIPAA Authorization Forms which we ask you to arrange for your client to execute and then return to us. When we receive the executed HIPAA forms we will issue the subpoenas for the records. We will provide you copies of any records obtained.

If you have any questions, please advise.

Very truly yours,

Bertram E. Snyder

BES/ldo
Enclosures

L:\1372\077\Ltr 15