

# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

RECEIVED SEP 12 2005 LATTI ANDERSON LLP

September 9, 2005

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

  Re: Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
    MV AMERICAN EAGLE DOA August 5, 2002
    Civil Action No. 04-12323 NG
    <u>Our File No. 1372.077</u>

Dear Ms. Latti:

  I respond to your letter of August 22, 2005 in connection with the above and my request for medical authorizations. This letter is written in compliance with Local Rules 7.1 and 37.1.

  Your letter, as with your past correspondence, consistently describes a rape which you know has not been established. You are well aware that the rape test did not establish any rape. Regardless of your deliberate misdescription of the incident in an obvious attempt to distort the known facts, your letter is internally inconsistent. You claim that your client will not be testifying that she suffers from any "mental illness and/or disorder such as depression, post traumatic stress disorder" yet you talk about her flashbacks, fears, etc. which are not physical but purely emotional injuries. You cannot deny me the right to have expert medical testimony and in order to have medical testimony I need your client's records. Your clients long history of significant emotional issues creates creditability as well as causation issues for jury determination.

  Absent a prompt response from you that you are withdrawing your August 22 objections to having Mrs. Gilmore sign the authorizations, I will move to compel.

          Very truly yours,

          Bertram E. Snyder

BES/ldo

L\1372\077\Ltr 15