
PLAINTIFF'S EXHIBIT F

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

September 14, 2005

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re:  Margaret L. Gilmore v. American Cruise Lines, Inc.
     Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am in receipt of your letter dated September 9, 2005.

It is quite clear that you have not reviewed the file concerning Mr. Romero's rape of Meg Gilmore. First, the rape test was inconclusive and semen was found but due to testing in the State of Maine, it was inconclusive. You are incorrect in stating that the rape test did not establish any rape. The defendant and you continuously refer to the rape of Meg Gilmore by Mr. Romano as "sexual advances" is a complete mischaracterization of what occurred that night. Mr. Romano has been sentenced for almost ten years. Mr. Romano was not sentenced to ten years in jail for "sexual advances".

My letter of August 22, 2005 to you was quite clear that if you wanted additional records other than Miles Memorial Hospital, Dr. DeBlock and/or Dr. Rucker, Plaintiff objected to providing the records.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt