

PLAINTIFF'S
EXHIBIT

H

# Looney & Grossman LLP
## Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
E-mail: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

October 6, 2005



RECEIVED
OCT 06 2005
LATTI & ANDERSON LLP

**BY FACSIMILE
AND FIRST CLASS MAIL**

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

Re:   **Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
MV AMERICAN EAGLE DOA August 5, 2002
Civil Action No. 04-12323 NG
Our File No. 1372.077**

Dear Ms. Latti:

I refer to your letter of September 30, 2005 in connection with my Motion to Compel in connection with the above. I was out of my office from Friday, September 30 through and including Tuesday, October 4. We spoke on October 5.

Your position remains that you will not have your client sign authorizations allowing us to obtain her medical records from her health providers listed in answer to interrogatory no. 1. My position remains that these are relevant documents. The discovery dispute between the parties remains.

It is true that I have no memory of a specific conversation with you concerning an IME. However, it is blatantly clear from our discussions, oral and in writing, that I wanted the records for a medical examination. I refer you to my letter of September 9, 2005 submitted with my motion, copy enclosed wherein I reference "expert medical testimony". We are both experienced enough to know that there is no expert medical testimony without an IME.

**LOONEY & GROSSMAN LLP**
Carolyn Latti, Esq.
October 6, 2005
Page 2

I do not intend to withdraw my motion.

Very truly yours,

Bertram E. Snyder

BES/ldo
Enclosure

L:\1372\077\Ltr 15

# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bettsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

September 9, 2005

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston. MA 02109

Re:    Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
       MV AMERICAN EAGLE DOA August 5, 2002
       Civil Action No. 04-12323 NG
       Our File No. 1372.077

Dear Ms. Latti:

I respond to your letter of August 22, 2005 in connection with the above and my request for medical authorizations. This letter is written in compliance with Local Rules 7.1 and 37.1.

Your letter, as with your past correspondence. consistently describes a rape which you know has not been established. You are well aware that the rape test did not establish any rape. Regardless of your deliberate misdescription of the incident in an obvious attempt to distort the known facts, your letter is internally inconsistent. You claim that your client will not be testifying that she suffers from any "mental illness and/or disorder such as depression, post traumatic stress disorder" yet you talk about her flashbacks, fears, etc. which are not physical but purely emotional injuries. You cannot deny me the right to have expert medical testimony and in order to have medical testimony I need your client's records. Your clients long history of significant emotional issues creates creditability as well as causation issues for jury determination.

Absent a prompt response from you that you are withdrawing your August 22 objections to having Mrs. Gilmore sign the authorizations, I will move to compel.

Very truly yours,

Bertram E. Snyder

BES/ldo

# Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

**RECEIVED**

OCT 06 2005

**LATTI & ANDERSON LLP**

## FACSIMILE COVER SHEET

| TO: | FROM: |
|---|---|
| Carolyn Latti | Bertram E. Snyder |

| COMPANY: | DATE: |
|---|---|
| Latti & Anderson | October 6, 2005 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 617-523-7394 | |

| RE: | FILE NO.: |
|---|---|
| Meg Jacobi | 1372.077 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800
The original of the transmitted documents will be sent by:

☐ Regular Mail  ☐ Messenger  ☐ Overnight Mail  ☐ This is the only form of delivery of transmitted document.

COMMENTS:

*****CONFIDENTIALITY NOTE*****

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.