UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGARET L. GILMORE )<br>    Plaintiff )<br> )<br>V. )<br> )<br>AMERICAN CRUISE LINES, INC. )<br>    Defendant )<br> ) | Civil Action<br><br>No. 04-12323-NG |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now comes Plaintiff in the above-entitled action and by and through his attorneys submits Plaintiff's Motion to Compel Discovery

As grounds Plaintiff relies on Memorandum of Law in Support of Plaintiff's Motion to Compel Discovery filed herewith.

WHEREFORE, Plaintiff respectfully requests that the Court order the following:

1. Defendant be ordered to supplement <u>Defendant American Cruise Lines, Inc.'s Responses to Plaintiff's Request for Production of Documents,</u> Response #2, #4 and #59 and produce and disclose documents responsive and supplement <u>Defendant American Cruise Lines, Inc.'s Answer to Plaintiff's Interrogatories,</u> Interrogatory #10.

2. Defendant is to identify and produce all documents it has in its possession that are responsive to disclosure and production under F.R.Civ.P 26(a)(1) and Plaintiff's Interrogatories and Request for Production of Documents.

3. Costs and whatever relief this Court deems appropriate.

          Respectfully submitted for the
          Plaintiff, Margaret L. Gilmore,
          by her attorney,

          /s/ Carolyn M. Latti
          Carolyn M. Latti, BBO 567394
          David F. Anderson, BBO 560994
          Latti & Anderson LLP
          30-31 Union Wharf
          Boston, MA 02109
          (617) 523-1000

Dated:   October 18, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that on October 18, 2005, I electronically filed Plaintiff's Motion to Compel Discovery with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

          Respectfully submitted for the
          the Plaintiff,

          /s/Carolyn M. Latti
          Carolyn M. Latti
          Latti & Anderson LLP
          30-31 Union Wharf
          Boston, MA 02109
          617-523-1000
          clatti@lattianderson.com