**Office Of The Sheriff**
**Lincoln County, Maine**



**PLAINTIFF'S EXHIBIT A**

Id B. Brackett, Sheriff
7332         832-4000
3200         549-7072

Emergency 911
Cellular *22

ministrative Telephone
(207) 882-6576
FAX (207) 882-9872

Ken Mason
Chief Deputy

42 Bath Road
P.O. Box 611
Wiscasset, Maine 04578

Jail Phone/FAX
(207) 882-9728

RECEIVED JUN 16 2005 LATTI & ANDERSON LLP

Jim Comfort
Latti and Anderson LLP
30-31 Union Wharf
Boston, Massachusetts
02109

Dear Mr. Comfort,

This letter is in regards to your request for a video tape that the Lincoln County Sheriff's Office made during an interview, in reference to Michael Romero.

The video tape was turned over to the District Attorney's Office by Detective Sergeant Jason Pease for prosecution purposes. As you are aware, the case did not go to trial because Romero and the State of Maine came to a plea agreement to settle the matter.

Since the time of the plea agreement, and Romero's subsequent incarceration, the video tape has not surfaced and cannot be located.

If you have any further questions regarding this matter, please feel free to contact me at my office @ (207) 882-6576 or kmason@co.lincoln.me.us.

Respectfully submitted,

Major Ken Mason, LCSO