PLAINTIFF'S EXHIBIT B

GEOFFREY A. RUSHLAU
DISTRICT ATTORNEY

LEANE M. ZAINEA
DEPUTY DISTRICT ATTORNEY

ERIC J. WALKER
PATRICIA A. MADOR
KENDRA L. POTZ
CHRISTOPHER R. FERNALD
CARRIE L. CARNEY
LISA R. BOGUE
ASSISTANT DISTRICT ATTORNEYS



**STATE OF MAINE**

OFFICE OF THE DISTRICT ATTORNEY
DISTRICT SIX
KNOX, WALDO, LINCOLN AND SAGADAHOC COUNTIES

KNOX C...
62 Unio...
Rockla...
Tel: 207-594-...
Fax: 207-594-0434

WALDO COUNTY COURTHOUSE
137 Church Street
Belfast, ME 04915
Tel: 207-338-2512
Fax: 207-338-6791

LINCOLN COUNTY COURTHOUSE
32 High Street, P.O. Box 249
Wiscasset, ME 04578
Tel: 207-882-7312
Fax: 207-882-4323

SAGADAHOC COUNTY COURTHOUSE
P.O. Box 246
BATH, ME 04530
TEL: 207-443-8204
FAX: 207-443-8208

April 19, 2005

Brian G. Morrissey, AIC
Marine Claims Investigator
Marine Safety Consultants, Inc.
10 Mazzeo Drive, Suite 217
Randolph, MA 02368-3433

Re: Meg Jacobi v. M/V American Eagle

Dear Mr. Morrissey:

There is no transcript of the videotaped interview of Michael Romero. A copy of the tape was made available to Romero while the criminal case was pending. We will furnish a copy to you or to attorney Comfort upon payment of a $10.00 copying fee. My review of the docket entries shows no sign that there was an order for presence of a court reporter at the Grand Jury. In Maine a court reporter is rarely present at the Grand Jury. Even if one had been present, preparation of a transcript, and release of witness testimony, is only by court order. There is also no such order. I believe you previously received a copy of Count 6, the Unlawful Sexual Contact charge. If you did not, enclosed is a further copy. The document alleges penetration. The Assistant District Attorney present in court the day Romero pleaded guilty would have described to the court the evidence available to support that charge. You may be able to obtain a copy of the court transcript from the court reporter. I believe Attorney Comfort has already looked into that. Attached is a copy of a letter from my secretary to Attorney Comfort dated December 10, 2004.

Sincerely,

Geoffrey Rushlau
District Attorney

cc. James Comfort, Esq.

RECEIVED
APR 21 2005
LATTI & ANDERSON LLP