PLAINTIFF'S
EXHIBIT
E

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Adm...*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON••
CAROLYN M. LATTI•
DAVID J. BERG•••

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605
•ALSO ADMITTED IN ME
••ALSO ADMITTED IN NH & ME
•••ALSO ADMITTED IN NH, ME & NY

June 21, 2005

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re:   Margaret L. Gilmore v. American Cruise Lines, Inc.
      Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am writing to confirm and outline our agreement with regards to Defendant's discovery responses. Please let me know immediately if I have misstated our agreement regarding the responses.

## Interrogatories

#10:   You have agreed to identify all statements.
#23:   No additional information exists.
#24:   Passengers list will be provided.

## Request for Production of Documents

In regards to Defendant's Responses to Request for Production of Documents:
#1:   Will check to see if there is any passenger log or log for when crew and passengers embark and disembark off the vessel for August 4, 5.
#9:   No additional documents exist.
#11, 12: Will check to see if anything exists.
#13, 14: No security cameras or videos existed on vessel, will check again to see if photo of room or hallway exists at the time of the incident
#15:   Will check and produce if exist.
#25:   Will check to see if exist for August 4, 5, and 6 2002.
#35:   Will produce.
#42:   Plaintiff waives.
#49:   None exists.
#50:   Will provide.

# LATTI & ANDERSON LLP

#51, 52:    Will give entire manual and will see if any manual exist on the computer for 2002.

#54:    Will check to see if anything else, Bebee memo may be only one

#57:    Will provide between 8/5 thru 8/12 prior to you be retained.

#59:    Will decide whether will provide from January 2002 on which is Romero's time of hire.

#61:    Will provide entire manual.

Thank you.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt

2