PLAINTIFF'S EXHIBIT F

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109 (617) 523-1000
Portland, ME (207) 874-6464
Facsimile (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740 (508) 999-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

August 22, 2005

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re:  Margaret L. Gilmore v. American Cruise Lines, Inc.
     Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am writing to check the status of outstanding discovery issues. The following Interrogatories and Request for Production of Documents are still outstanding:

**Interrogatories**

#10:  You have agreed to identify all statements.
#24:  Passengers list will be provided.

**Request for Production of Documents**

#1:  Will check to see if there is any passenger log or log for when crew and passengers embark and disembark off the vessel for August 4, 5.
#9:  No additional documents exist.
#11, 12:  Will check to see if anything exists.
#13, 14:  No security cameras or videos existed on vessel, will check again to see if photo of room or hallway exists at the time of the incident
#15:  Will check and produce if exist.
#25:  Will check to see if exist for August 4, 5, and 6 2002.
#35:  Will produce.
#50:  Will provide.
#54:  Will check to see if anything else, Bebee memo may be only one
#57:  Will provide between 8/5 thru 8/12 prior to you be retained.
#59:  Will decide whether will provide from January 2002 on which is Romero's time of hire.

1

## LATTI & ANDERSON LLP

Will you please provide the answers and/or documents.

Additionally, we have been informed by the District Attorney's office that the tape recorded statement taken of Mr. Romero by the police was provided to Mr. Brian Morrissey. Please provide a copy of that statement.

Thank you.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt