PLAINTIFF'S EXHIBIT G

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

September 22, 2005

VIA FACSIMILE
Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110



Re: Margaret L. Gilmore v. American Cruise Lines, Inc.
    Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am writing to check the status of outstanding discovery issues. The following Interrogatories and Request for Production of Documents are still outstanding. I have requested the information on several occasions but have not received a response. Will you let me know by the close of business on Friday, September 23, 2005 on whether you intend to produce the information so that if you don't I can file the appropriate motions with the Court. The following information is sought:

**Interrogatories**

#10:  You have agreed to identify all statements.
#24:  Passengers list will be provided.

**Request for Production of Documents**

#1:   Will check to see if there is any passenger log or log for when crew and passengers embark and disembark off the vessel for August 4, 5.
#9:   No additional documents exist.
#11, 12: Will check to see if anything exists.
#13, 14: No security cameras or videos existed on vessel, will check again to see if photo of room or hallway exists at the time of the incident
#15:  Will check and produce if exist.
#25:  Will check to see if exist for August 4, 5, and 6 2002.
#35:  Will produce.
#50:  Will provide.
#54:  Will check to see if anything else, Bebee memo may be only one

1

## LATTI & ANDERSON LLP

#57:   Will provide between 8/5 thru 8/12 prior to you be retained.
#59:   Will decide whether will provide from January 2002 on which is Romero's time of hire.

Additionally, we have been informed by the District Attorney's office that the tape recorded statement taken of Mr. Romero by the police was provided to Mr. Brian Morrissey. Please provide a copy of that statement

Thank you.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt

```
09/22/2005 11:40 FAX 16175237394         LATTI & ANDERSON                    ☒001
```

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

            TRANSMISSION OK

            TX/RX NO                    1414
            CONNECTION TEL                          16179512819
            SUBADDRESS
            CONNECTION ID
            ST. TIME                    09/22 11:40
            USAGE T                     00'53
            PGS. SENT                       2
            RESULT                         OK
```

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740 (508) 999-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

September 22, 2005

VIA FACSIMILE
Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re:  Margaret L. Gilmore v. American Cruise Lines, Inc.
     Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am writing to check the status of outstanding discovery issues. The following Interrogatories and Request for Production of Documents are still outstanding. I have requested the information on several occasions but have not received a response. Will you let me know by the close of business on Friday, September 23, 2005 on whether you intend to produce the information so that if you don't I can file the appropriate motions with the Court. The following information is sought:

**Interrogatories**

#10:  You have agreed to identify all statements.
#24:  Passengers list will be provided.

**Request for Production of Documents**