PLAINTIFF'S EXHIBIT H

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

September 30, 2005

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re: Margaret L. Gilmore v. American Cruise Lines, Inc.
Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I am in receipt of your letter of September 26, 2005.

First, despite you indicating in your letter, the insurance policy for the time of the accident has still not been produced. Please produce it.

Second, under Request for Production of Documents, you refer to #58 when I have never requested additional information on #59. Please advise as to what your position is in regards to Request for Production of Documents #59.

Third, the last address of Ruark Downey and Ben Rosenblatt was previously provided to you in Plaintiff's answers to Interrogatories. Will you please provide me with the updated address of Catherine Swords in supplementing your discovery.

Lastly, in regards to the video taped statement of Romero it clearly falls under Plaintiff's Request #4. Due to the fact that the video was taken by the Police, the statement clearly is not protected. It is unclear what your grounds are for failing to produce the video. Objecting on the grounds that it is "equally available to you" first is not a valid grounds and second, is being uncooperative, particularly when Plaintiff has produced transcripts and police reports that have been "equally available to you." Any objection is irrelevant since in your response to Request #4 you do not have any timely objection noted. I have also included a copy of letter from the State of Maine indicating that they can not find the video. Thus, it is not equally available to us. If you do not produce the video, I will move to compel from the Court.

1

# LATTI & ANDERSON LLP

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt
Encl.

## Office Of The Sheriff
## Lincoln County, Maine



.odd B. Brackett, Sheriff
882-7332      832-4000
563-3200      549-7072

Emergency 911
Cellular *22

Administrative Telephone
(207) 882-6576
FAX (207) 882-9872

Ken Mason
Chief Deputy

42 Bath Road
P.O. Box 611
Wiscasset, Maine 04578

Jail Phone/FAX
(207) 882-9726

Jim Comfort
Latti and Anderson LLP
30-31 Union Wharf
Boston, Massachusetts
02109

Dear Mr. Comfort,

This letter is in regards to your request for a video tape that the Lincoln County Sheriff's Office made during an interview, in reference to Michael Romero.

The video tape was turned over to the District Attorney's Office by Detective Sergeant Jason Pease for prosecution purposes. As you are aware, the case did not go to trial because Romero and the State of Maine came to a plea agreement to settle the matter.

Since the time of the plea agreement, and Romero's subsequent incarceration, the video tape has not surfaced and cannot be located.

If you have any further questions regarding this matter, please feel free to contact me at my office @ (207) 882-6576 or kmason@co.lincoln.me.us.

Respectfully submitted,

Major Ken Mason, LCSO