

PLAINTIFF'S EXHIBIT I

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

October 12, 2005

VIA FACSIMILE
(617) 951-2819
Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

FAXED
OCT 1 2 2005

Re:   Margaret L. Gilmore v. American Cruise Lines, Inc.
      Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I have not heard from you regarding my letter of September 30, 2005 requesting a copy of the video taken by the police of Michael Romero.

Since I am taking Michael Romero's deposition next week, I want the video from you prior to the deposition. Will you please advise by the close of business today whether you intend to provide me with a copy if the video prior to the deposition. If you do not produce it, I will have to file a Motion to Compel. Please consider this another attempt to resolve this issue under the Local Rules.

Very truly yours,

LATTI & ANDERSON LLP

Carolyn M. Latti

CML:dmt

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    1482
CONNECTION TEL                      16179512819
SUBADDRESS
CONNECTION ID
ST. TIME                    10/12 13:36
USAGE T                     00'34
PGS. SENT                   1
RESULT                      OK
```

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109 (617) 523-1000
Portland, ME (207) 874-6464
Facsimile (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740 (508) 999-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

October 12, 2005

VIA FACSIMILE
(617) 951-2819
Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re:   Margaret L. Gilmore v. American Cruise Lines, Inc.
      Civil Action No: 04-12323-NG

Dear Mr. Snyder:

I have not heard from you regarding my letter of September 30, 2005 requesting a copy of the video taken by the police of Michael Romero.

Since I am taking Michael Romero's deposition next week, I want the video from you prior to the deposition. Will you please advise by the close of business today whether you intend to provide me with a copy if the video prior to the deposition. If you do not produce it, I will have to file a Motion to Compel. Please consider this another attempt to resolve this issue under the Local Rules.