PLAINTIFF'S EXHIBIT K

# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

September 26, 2005

Carolyn Latti, Esq.
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

Re:  Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
     MV AMERICAN EAGLE DOA August 5, 2002
     Civil Action No. 04-12323 NG
     Our File No. 1372.077

Dear Ms. Latti:

I respond to your September 22, 2005 letter in connection with the above as follows:

**Interrogatories:**

#10  We have obtained a statement from Kevin Kirschoffer. We consider the statement privileged as it was obtained as part of our trial preparation.

#24  Passenger list for the voyage in question is enclosed.

**Request for Production of Documents**

1.   no passenger or crew log exists other than what has already been produced.
9.   no additional documents exist.
11, 12, 13, 14, 15   no documents or photographs have been located.
25.  making one additional effort to determine if same exists.
35.  produced.
50.  enclosed.
54.  no documents have been located.
57.  making one additional effort to determine if same exists.
58.  will not voluntarily produce.

With respect to Mr. Romero's statement we obtained that during the course of our trial preparation and do not feel obligated to provide it to you. It is equally available to you.

L:\1372\077\Ltr 15

**LOONEY & GROSSMAN LLP**
Carolyn Latti, Esq.
September 26, 2005
Page 2

     Please advise if you have current addresses of Rurk Downey and Ben Rosenblatt from whom you have statements as per my letter request of August 8, 2005. I wish to depose them and will locate them if your addresses are no longer current.

                                         Very truly yours,

                                         Bertram E. Snyder

BES/ldo
Enclosure

L\1372\077\Ltr 15

# Passenger List
## American Eagle
### August 4 - 10, 2002

| Stateroom # | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 104 | Suan & Doug Dailey | 325 Canterwood Lane | Great Falls | VA | 22066 |
| 105 | Marilane Spencer & Harold Parsons | 6800 Wakefield Rd | Hiram | OH | 44234 |
|  | *Ms. Spencer is a Travel Agent with BixlerTours, Inc. | | | | |
| 106 | Jean O'Brion | 1684 Olivewood Ave | Manteca | CA | 95336 |
| 106 | Laurie Farren | 861 Adams Ave | Livermore | CA | 94550 |
| 107 | Gene & Hazel Boone | P.O. Box 20154 | Charleston | SC | 29413 |
| 108 | Donald & Muriel Chusid | 10 West 66th Street | New York | NY | 10023 |
| 109 | Larry & Carol Mulvehill | 3865 Kingston Blvd | Sarasota | FL | 34238 |
| 201 | John & Joan Rinde | 230 Linden Lane | Riegelsville | PA | 18077 |
| 202 | Donald & Marjorie Bunk | 25 East Claremont Dr | Voorheesville | NY | 12186 |
| 203 | Rita Manning | 44290 Tahoe Circle | Indian Wells | CA | 92210 |
| 204 | Maurice & Mary Hart | 109 Wethersby Street | Dalton | PA | 18414 |
| 205 | Helene Neild | 1200 South Flagler Dr. #4 | West Palm Beach | FL | 33401 |
| 205 | Leila Little | 400 North Flagler Dr. #1C | West Palm Beach | FL | 33401 |
| 206 | Julien & Edith Gaudreau | 40 Puffin Drive | Chicopee | MA | 01020 |
| 207 | June Kaericher | 1055 Woodridge | Brownsburg | IN | 46112 |
| 207 | Kandi Kingery | 1042 Woodridge | Brownsburg | IN | 46112 |
| 208 | Herbert & Adrienne Holtje | 151 Sunset Lane | Tenafly | NJ | 07670 |
| 209 | James & Minna Jerkins | 323 Louise Street | Florence | AL | 35633 |
| 210 | June Swango | 1107 Woodridge | Brownsburg | IN | 46112 |
| 211 | Roland & Mirian Carreker | 83 Laurel Lane | White River Junction | VT | 05001 |
| 212 | Patricia Mettrick | 10-2252 Walkers Line | Burlington, ON | Canada | L7M3Y8 |
| 213 | Roger & Shirley Greenhalgh | 201 Briarfield Rd | Clarksville | VA | 23927 |
| 301 | Calvin & Barbara Eells | 10100 Cypress Cove, Apt 339 | Ft Myers | CA | 33908 |
| 303 | David & Dorinda Hardy | 397 Mountain Rd | Cheshire | CT | 06410 |
| 305 | Harry & Margaret Siefert | P.O. Box 2611 | Chapel Hill | NC | 27515 |
| 307 | Rick & Nancy Thompson | 232 Chancery Rd | Wheeling | WV | 26003 |
| 309 | Susan Carpenter | 1946 Rippleton Cross Rd | Cazenoviai | NY | 13035 |
| 309 | Margot Ames | 7812B Lexington Club Blvd | Delray Beach | FL | 33446 |
| 311 | George & Marcia McDermott | 13 Tludatsi Court | Brevard | NC | 28712 |