

## Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

October 12, 2005



**BY FACSIMILE**

Carolyn Latti, Esq..
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

Re: Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
MV AMERICAN EAGLE DOA August 5, 2002
Civil Action No. 04-12323 NG
Our File No. 1372.077

Dear Ms. Latti:

I respond to your October 12 fax in connection with the above. As previously stated, I do not think you are entitled to copies of what I have obtained as a result of my client's discovery. However, I have no "video". I have a transcript but no video. The transcript is available to you from the authorities as it was available to me. If you will provide me authority where I am obligated to provide you with a statement taken by the police, and you want the statement not the video, I will reconsider my position. Alternatively, if you will agree to paying half of the expense of my client obtaining the statement, I will forward you a copy of the statement.

Very truly yours,

Bertram E. Snyder

BES/ldo

L:\1372\077\Ltr 15