PLAINTIFF'S EXHIBIT M

# Looney & Grossman LLP
### Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

October 12, 2005

**BY FACSIMILE**

Carolyn Latti, Esq..
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

   Re: Margaret L. Gilmore (Nee Jacobi) v. American Cruise Lines, Inc.
      MV AMERICAN EAGLE DOA August 5, 2002
      Civil Action No. 04-12323 NG
      Our File No. 1372.077

Dear Ms. Latti:

  I refer to our telephone conversation within the last hour in connection with the above with respect to Mr. Romero's video/statement. I have checked with my investigator. He never received any Romero video and has never seen any Romero video. I have never received or seen any Romero video.

  With respect to the transcript that I have, I repeat my position that I am not aware of my obligation to share with you at no expense the fruit of my client's investigation from a third party source.

               Very truly yours,

               Bertram E. Snyder

BES/ldo

L:\1372\077\Ltr 15