UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGARET L. GILMORE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN CRUISE LINES, INC. )<br>    Defendant )<br>) | Civil Action No. 04-12323-PJB |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Now comes defendant and pursuant to Local Rule 7.1(B)(2) timely files its opposition to plaintiff's motion to compel. Submitted herewith is defendant's memorandum of law in support of its opposition together with the affidavits of Bertram E. Snyder, Esq. and Brian G. Morrissey.

Pursuant to Local Rule 7.1D, defendant files its:

**REQUEST FOR ORAL ARGUMENT**

                                        DEFENDANT
                                        By its attorney,

October 28, 2005                        /s/ Bertram E. Snyder
                                        Bertram E. Snyder, BBO# 471320
                                        LOONEY & GROSSMAN, LLP
                                        101 Arch Street
                                        Boston, MA 02110
                                        (617) 951-2800

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2005, I served the foregoing by email and first class mail, postage prepaid, to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109.

                                                          /s/ Bertram E. Snyder

L:\1372\077\Pld\49