UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET L. GILMORE<br>Plaintiff<br><br>v.<br><br>AMERICAN CRUISE LINES, INC.<br>Defendant | )<br>)<br>)<br>) Civil Action No. 04-12323-PJB<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF BRIAN G. MORRISSEY

Now comes Brian G. Morrissey being duly deposed and states as follows:

1. I have been retained by the Defendant to investigate the captioned suit.

2. I have never received nor seen any videotape of any interview by any law enforcement office of Mr. Michael Romero.

Signed under the pains and penalties of perjury this 24th day of October, 2005.

*Brian G. Morrissey* (signature)
Brian G. Morrissey