UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET L. GILMORE )
    Plaintiff )
)
) Civil Action No. 04-12323-PJB
v. )
)
AMERICAN CRUISE LINES, INC. )
    Defendant )
)

### AFFIDAVIT OF BERTRAM E. SNYDER, ESQ.

Now comes Bertram E. Snyder, Esq. being duly sworn and states as follows:

1. I am the lead trial counsel for the defendant in the above captioned case.

2. I have never seen any videotape of an interview with Mr. Michael Romero.

3. Attached as Exhibit A are true copies of letters from Marine Safety Consultants, Inc. to the Lincoln County Maine District Attorney's office and Sheriff's department dated October 13, 2005 with respect to the Michael Romero videotape.

4. Attached as Exhibit B is a true copy of pages 97 and 98 of the deposition of Charles A. Robertson, president of defendant American Cruise Lines, Inc. taken by plaintiff on July 7, 2005.

5. Attached as Exhibit C is plaintiff's answers to defendant's interrogatory nos. 7 and 8 with respect to statements from AMERICAN EAGLE crewmember witnesses on board on August 5, 2005.

L:\1372\077\Pld\51

6. Approximately 74 different persons served as crew on board the AMERICAN EAGLE in 2005 to and including August 5, 2005.

Signed under the pains and penalties of perjury this 28th day of October, 2005.

_____
Bertram E. Snyder



MAIN OFFICE
26 Water Street
P.O. Box 615
Fairhaven, MA 02719-0615
(508) 996-4110
FAX (508) 990-2094

MAINE/NH OFFICE
400 Commercial Street, Suite 403
Portland, ME 04101-4660
(207) 775-7933
FAX (207) 775-7471

# Marine Safety Consultants, Inc.

Tel. (781) 963-8445
FAX (781) 963-9598

10 MAZZEO DRIVE, SUITE 217              RANDOLPH, MA 02368-3433

BY FACSIMILE TRANSMISSION: 207-882-9872

October 13, 2005
File No. 02-0932



EXHIBIT A

Lincoln County Sheriff's Department
42 Bath Road
P.O. Box 611
Wiscasset, Maine 04578

Attn: Det. Sgt. Jason A. Pease

        Re: Meg Jacoby vs.
        M/V American Eagle
        DOL: 08/05/02
        Your Case File No. CA02080153

Dear Detective Pease:

Please find enclosed a letter from the District Attorney's Office regarding our request for a copy of the videotaped interview of Mr. Michael Romero in the above captioned matter. Please forward a copy of the videotape that the DA's office maintains was returned to your office so that we can assist in the defense of the claim brought by Ms. Jacobi vs. our insured the M/V American Eagle and American Cruise Lines.

Thank you for your attention to this matter.

        Very truly yours,
        MARINE SAFETY CONSULTANTS, INC.


        Brian G. Morrissey
        Marine Claims Investigator

BGM:rl
Enc: Letter of May 26, 2005
cc: Bert Snyder, Looney & Grossman

MARINE SURVEYORS - CONSULTANTS



MAIN OFFICE
26 Water Street
P.O. Box 615
Fairhaven, MA 02719-0615
(508) 996-4110
FAX (508) 990-2094

MAINE/NH OFFICE
400 Commercial Street, Suite 403
Portland, ME 04101-4660
(207) 775-7933
FAX (207) 775-7471

# Marine Safety Consultants, Inc.

10 MAZZEO DRIVE, SUITE 217        RANDOLPH, MA 02368-3433

Tel. (781) 963-8445
FAX (781) 963-9598

October 13, 2005
File No. 02-0932

Lincoln County Courthouse
District Attorneys Office
32 High Street, P.O. Box 249
Wiscasset, Maine 04578

Attention: Jodi Prior

Re: Meg Jacobi vs.
M/V American Eagle
DOL: 08/05/02

Dear Ms. Prior:

Back on May 26, 2005, we received the enclosed letter responding to our request for a copy of the videotaped interview of Michael Romero in the case of the State of Maine vs. Michael A. Romero, Criminal Action Docket No. CR-02-108. Please contact the undersigned if you were able to obtain a copy of the videotape from the Lincoln County Sheriff's Department c/o Detective Jason Pease.

We look forward to receiving your response.

Very truly yours,
MARINE SAFETY CONSULTANTS, INC.

Brian G. Morrissey, AIC
Marine Claims Investigator

BGM:rl
Enc.: Letter of 5/26/05
cc: Bert Snyder, Looney & Grossman

**MARINE SURVEYORS - CONSULTANTS**

### Page 1

```
                                        VOL: I
                                   PAGES: 1-118
                                   EXHIBITS: 1-4
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

              * * * * * * * * * * * * * * * * *
              MARGARET I. GILMORE          *
                   Plaintiff       *
                                   *
                   -vs-            *   Docket No.
                                   *   04-12323-NG
              AMERICAN CRUISE LINES, INC.  *
                   Defendant       *
              * * * * * * * * * * * * * * * * *

              DEPOSITION of CHARLES A. ROBERTSON, a witness called
              on behalf of the Plaintiff, pursuant to the applicable
              provisions of the Federal Rules of Civil Procedure,
              before Rosemarie J. Brennan, a Notary Public and
              Shorthand Reporter within and for the Commonwealth of
              Massachusetts, at the offices of Latti & Anderson,
              LLP, 30-31 Union Wharf, Boston, Massachusetts 02109,
              on Tuesday, July 7, 2005, commencing at 9:30 a.m.




                       HENNESSEY CORPORATION d/b/a
                       ROBERT H. LANGE CO., INC.
                          50 CONGRESS STREET
                       BOSTON, MASSACHUSETTS  02109
```

### Page 2

```
    APPEARANCES:
    LATTI & ANDERSON LLP
    (by Carolyn M. Latti, Attorney-at-Law)
    30-31 Union Wharf
    Boston, Massachusetts 02109
        On behalf of the Plaintiff;

    LOONEY & GROSSMAN, LLP
    (by Bertram Snyder, Attorney-at-Law)
    101 Arch Street
    Boston, Massachusetts 02110-1112
        On behalf of the Defendant:
```

### Page 3

```
                    I N D E X

    WITNESS         DIRECT  CROSS  REDIRECT  RECROSS
    Charles A. Robertson
    (by Ms. Latti)    4




    NO.         EXHIBIT                         PAGE
    1    Operations Manual                       33
    2    Page From Official Log Book            111
    3    Memo Dated 8/12/02 to CAR. S. Renner   115
    4    Memo Dated 8/12/02 From Tim Beebe      115
```

EXHIBIT B

### Page 4

```
                    CHARLES A. ROBERTSON
              having been satisfactorily identified and
              duly sworn by the Notary Public, was examined
              and testified as follows:
                    DIRECT EXAMINATION
         Q    (By Ms. Latti: Good morning. My name is Carolyn
              Latti. I represent Margaret Gilmore in this
              action. I'm going to be asking you some
              questions this morning. If at any time you
              don't understand a question, please ask me to
              rephrase it. You have to give your response in
              words rather than gestures because the reporter
              can't take it down. If at any time you want to
              take a break, just let me know. Could you ---
                 Mr. Snyder: Usual stips, Carolyn?
                 Ms. Latti: Usual, and is he produced party
              to the 30 (b) 6?
                 Mr. Snyder: He's the president of the
              company. And waive notary because I would like
              him to read and sign.
                 Ms. Latti: That is fine..
         Q    Your name for the record?
         A    Charles Robertson.
         Q    Your current address?
```

**Page 97**

1  Q  Do you know if anything was said to the
2     passengers?
3  A  That is another thing I remember, I did ask him
4     whether or not, when I got that call at two
5     o'clock in the morning, or after two o'clock it
6     was, if the passengers were up and upset or
7     whatever was going on, and he said, I believe he
8     told me as far as he knew no passengers were
9     awake or knew anything about the incident.
10 Q  Do you know if Captain Howes did any further
11    type of investigation?
12 A  I don't.
13 Q  Actually do you even know what type of
14    investigation he did?
15 A  I don't.
16 Q  Was the August 4, August 5, incident, was that
17    the first time you had heard of Romero being
18    intoxicated?
19 A  Yes.
20 Q  Did you ever hear about and incident where
21    Romero passed out in the wheelhouse?
22 A  Only from counsel the other day.
23 Q  Do you know if Michael Romero was on any
24    medication?

**Page 98**

1  A  I don't.
2  Q  Did you ever hear anything about Romero making
3     sexual comments or sexist comments to people?
4  A  Not that I recall.
5  Q  Any complaints about him harassing crew members?
6  A  Not that I recall, other than chefs are
7     frequently hard on their apprentices. The
8     stewards frequently complain the chefs or
9     hurrying them up about getting the food plates
10    out fast enough, that kind of thing.
11 Q  How about any complaint or issues that Romero
12    was flirtatious with women crew members?
13 A  No?
14 A  No.
15 Q  Any complaint or issues that Romero would talk
16    sexual talk with other crew with women present?
17 A  Not that I know of.
18 Q  Any complaints that he was offensive to other
19    women crew members?
20 A  Not that I know of.
21 Q  After the incident did you ever talk to Captain
22    Howes about Michael Romero's behavior off the
23    vessel, whether he had any issues or problems?
24 A  I don't remember. Could be, I don't recollect.

**Page 99**

1  Q  Do you have any memory of any conversations with
2     Captain Howes about Michael Romero and his
3     behavior or attitude with other crew members and
4     women crew members specifically?
5  A  Not that I recall.
6  Q  At no point prior to August 5 was Captain Howes
7     ever going to fire Michael Romero?
8  A  Not that I recall.
9  Q  Do you know if prior to August 5, 2002 he ever
10    received any warnings, Michael Romero?
11 A  I don't know.
12 Q  Whether he was ever reprimanded in any way?
13 A  Not that I know of.
14 Q  Did Captain Howes ever talk to you about if at
15    any time he had any problems with Romero going
16    ashore drinking?
17 A  Not that I recall.
18 Q  How about any, do you know who Romero was out
19    drinking with on August 4, 2002?
20 A  I do know.
21 Q  Was that through counsel you heard?
22 A  Yes. I am not sure where I heard it, to be
23    honest.
24    Mr. Snyder: I instruct you not to answer.

**Page 100**

1  A  I think I heard subsequent to the incident he
2     was out with ---
3     Mr. Snyder: I just instructed you not to
4     answer.
5  Q  If you know it through counsel that is
6     privileged between you and Burt, but if you
7     learned it from any crew members or the captain
8     as to who he was out drinking with, then I'm
9     entitled to know that?
10 A  Well, I did ---
11    Mr. Snyder: Again, if you learned it from
12    other than from me then answer the question.
13 A  Yes. Yes. Yes.
14 Q  Who did you learn it from?
15 A  Probably Tim Beebe, but I am not sure.
16 Q  What did Mr. Beebe tell you?
17 A  I don't recall.
18 Q  After all that.
19    (Discussion off the record):
20 Q  Adam Cutone, do you know him?
21 A  Yes. I mean I remember him.
22 Q  Was he an employee on AMERICAN EAGLE?
23 A  Yes.
24 Q  Did he ever work in the home office or any

25 (Pages 97 to 100)



EXHIBIT C

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET L. GILMORE<br>Plaintiff<br><br>V.<br><br>AMERICAN CRUISE LINES, INC.<br>Defendant | )<br>)<br>)<br>)    Civil Action<br>)<br>)    No. 04-12323-NG<br>)<br>)<br>) |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO THE PLAINTIFF

Q. #1. Please list the names and last known addresses of all medical providers – e.g. doctors, hospitals, psychologists, nurse practitioners, HMO's who have given medical care to plaintiff for the period August 5, 2000 to date.

A. #1.

Donald DeBlock, M.D.
P.O. Box 2696
176 South Bay Road
South Hamilton, MA 01982

Naomi Rucker, M.D.
315 Commercial Drive
Savannah, GA 31406

Miles Memorial Hospital
35 Miles Street
Damariscotta, ME 04543

Dr. Kimberly Pearson
15 Parkman Street, #812
Boston, MA 02114

Dr. Michael Jackson
5311 Paulsen Street
Savannah, GA 31405

Dr. Ilan Borenstein

1

After the attack, Plaintiff remembers talking with the Captain, Mr. Cutone, Ms. Swords and other crew members who she does not remember their names. Since Plaintiff has left the vessel she has not talked with any crew members.

Plaintiff did speak with a woman in the home office after the sexual attacks regarding her pay.

See answer to Interrogatory #7, 8.

Q. #7. Does plaintiff or anyone acting for the plaintiff have any written or recorded statements of witnesses to the events of August 5, 2002.

A. #7. Yes.

Q. #8. If the answer to Interrogatory No. 7 is yes, please state the names, addresses of each person giving the statement, the date said statement was obtained – whether written or recorded and the name and address of the person obtaining said statement.

A. #8. James Comfort, Jr. an employee of Latti & Anderson LLP, 30-31 Union Wharf has taken a tape recorded statement of the following individuals:

Heather Bartlett
359 Eastview Avenue
Somerset, MA 02726
December 31, 2004

Carrie Deschene
90 Ashland Street, Apt. B
Jewett City, CT 06351
April 7, 2005

Ruark Downey
470 15th Street
Brooklyn, NY 11215
November 29, 2004

Benjamin Kirchmyer
1130 Pond Street
Franklin, MA 02038
April 7, 2005

Lindsay Raczka
301 Bozrah Street
Bozrah, CT 06334
April 5, 2005

Ben Rosenblatt
185 15th Street
NY, NY
November 22, 2004

Kate Swords
12 State St.
Westfield, MA 01085
December 16, 2004

Q. #9. For the period August 6, 2000 to the present, please state the names and addresses of all plaintiff's employer's, the dates of said employment, the plaintiff's present job responsibilities and the amounts earned.

A. #9. Prior to the sexual attacks, Plaintiff worked in the following jobs:

2002    Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

Dr. Paul Flachner
Lincoln, MA

Ulta Salon and Cosmetic & Fragrance, Inc.
1135 Arbor Drive
Romeoville, IL 60446

New Vista Enterprises LLC
Suite 203 313 S Greene Street
Greensboro, NC 27401

American Lines Ltd
One Marine Park
Haddam, CT 06348

2001    Westbrook Country Club
Savannah, GA
Membership director

Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

Hall Construction Company, Inc.
P.O. Box 3908