UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARGARET L. GILMORE<br>    Plaintiff | )<br>)<br>)<br>) |  |
|  | ) | Civil Action |
| V. | ) |  |
|  | ) | No. 04-12323-NG |
| AMERICAN CRUISE LINES, INC.<br>    Defendant | )<br>)<br>) |  |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM TO THE DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S MOTION <u>TO COMPEL DISCOVERY</u>**

Now comes the Plaintiff in the above-entitled action, and states as follows:

The Defendant has filed a Memorandum in support of its opposition to the Plaintiff's motion to compel discovery. The Plaintiff believes that the Defendant made several incorrect and/or misleading statements to the Court. Pursuant to LR 7.1(B)(3), the Plaintiff seeks the opportunity to file a Reply Memorandum so that the Court will have all of the information on this matter and can thus place these statements in the proper context.

Counsel for the Plaintiff contacted counsel for the Defendant to see if he would assent to this motion, but did not hear back from him.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Plaintiff leave to file the Reply Memorandum that the Plaintiff has contemporaneously filed.

        Respectfully submitted for the
Plaintiff, Margaret L. Gilmore,
by her attorney,

/s/ Carolyn M. Latti
Carolyn M. Latti, BBO 567394
David F. Anderson, BBO 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2005, I electronically filed this document with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Bertram E. Snyder, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

        Respectfully submitted for the
the Plaintiff,

/s/Carolyn M. Latti
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com

2