1

```
                                              VOL: I
                                              PAGES: 1-118
                                              EXHIBITS: 1-4
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


   * * * * * * * * * * * * * * * *
   MARGARET l. GILMORE              *
                  Plaintiff         *
                                    *
            -vs-                    *    Docket No.
                                    *    04-12323-NG
   AMERICAN CRUISE LINES, INC.      *
                  Defendant         *
   * * * * * * * * * * * * * * * *
```

DEPOSITION of CHARLES A. ROBERTSON, a witness called on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Rosemarie J. Brennan, a Notary Public and Shorthand Reporter within and for the Commonwealth of Massachusetts, at the offices of Latti & Anderson, LLP, 30-31 Union Wharf, Boston, Massachusetts 02109, on Tuesday, July 7, 2005, commencing at 9:30 a.m.

HENNESSEY CORPORATION d/b/a
ROBERT H. LANGE CO., INC.
50 CONGRESS STREET
BOSTON, MASSACHUSETTS  02109
(617) 523-1874

ORIGINAL

| | | |
|---|---|---|
| 1 | Q | You said you met him on two other occasions you |
| 2 | | think more or less it may have been, had |
| 3 | | anything happened on those incidents? |
| 4 | A | Not that I recall.  One I believe was in |
| 5 | | Charleston, that is about all I remember.  He |
| 6 | | was going home to see his family. |
| 7 | Q | Do you know when he was hired? |
| 8 | A | I don't. |
| 9 | Q | Prior to August 5, 2002 was there ever any |
| 10 | | complaints regarding Mr. Romero? |
| 11 | A | Not that I recall. |
| 12 | Q | Did the captain ever talk to you about him? |
| 13 | A | Not that I recall.  It doesn't mean it didn't |
| 14 | | happen though. |
| 15 | Q | So the only, and correct me if I'm wrong, from |
| 16 | | the time Mr. Romero started his employment with |
| 17 | | American Cruise Lines up until August 5, 2002 |
| 18 | | the only issue with Mr. Romero that you recall |
| 19 | | is the grilled cheese? |
| 20 | A | Yes.  I can't remember anything specifically |
| 21 | | about him.  I mean stewards and hotel managers |
| 22 | | frequently complain about chefs, about all kinds |
| 23 | | of things.  Usually the food isn't so hot. |
| 24 | Q | Aside from the issue of food, any complaints |

86

| | | |
|---|---|---|
| 1 | | about his temperament? |
| 2 | A | Not that I recall, but that is, certainly is you |
| 3 | | know, is symptomatic of chefs in general. |
| 4 | Q | Any complaints about how he treated crew |
| 5 | | members, how he treated other crew members? |
| 6 | A | Not that I recall. |
| 7 | Q | Any complaints about how he treated women crew |
| 8 | | members? |
| 9 | A | Not that I recall. |
| 10 | Q | Any complaints he was degrading to women? |
| 11 | A | Not that I recall. |
| 12 | Q | Any complaints --- |
| 13 | A | Certainly not to me. |
| 14 | Q | Okay.  Any complaints or did you become aware of |
| 15 | | any complaints that he was physical with women |
| 16 | | crew members? |
| 17 | A | Not that I recall. |
| 18 | Q | Any complaints whatsoever regarding Michael |
| 19 | | Romero? |
| 20 | A | I think there was a complaint that the |
| 21 | | presentation of his crew meals should be better. |
| 22 | | And I think it was, an example that I was given |
| 23 | | was that the cheeseburgers for the crew members |
| 24 | | were presented to them on a sheet pan instead of |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | a platter, but that's --- I am not even sure                    |
| 2  |   | that was him.  That's a typical kind of, you                    |
| 3  |   | know ---                                                        |
| 4  | Q | Did any crew member request to leave the                        |
| 5  |   | AMERICAN EAGLE because of Mr. Romero?                           |
| 6  | A | Not that I know of.                                             |
| 7  | Q | From the time he was employed up until August 5,                |
| 8  |   | 2002, according to your knowledge Mr. Romero was                |
| 9  |   | operating within the guidelines of the                          |
| 10 |   | operations manual and was doing his job and was                 |
| 11 |   | a fine worker?                                                  |
| 12 | A | My recollection was he was pretty good.                         |
| 13 | Q | Margaret Gilmore, or Margaret Jacobi, were you                  |
| 14 |   | involved in hiring her?                                         |
| 15 | A | No.                                                             |
| 16 | Q | Did you know she was hired?                                     |
| 17 | A | No.                                                             |
| 18 | Q | Did you ever meet her prior?                                    |
| 19 | A | No.                                                             |
| 20 | Q | At any time?                                                    |
| 21 | A | No.                                                             |
| 22 | Q | When was the first time you heard about her?                    |
| 23 | A | The night of the incident, or the morning of the                |
| 24 |   | incident.                                                       |