1

VOL: I
PAGES: 1-118
EXHIBITS: 1-4

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * *

MARGARET l. GILMORE                    *

              Plaintiff               *

                                      *

       -vs-                           *    Docket No.

                                      *    04-12323-NG

AMERICAN CRUISE LINES, INC.           *

              Defendant               *

* * * * * * * * * * * * * * * * *

     DEPOSITION of CHARLES A. ROBERTSON, a witness called

on behalf of the Plaintiff, pursuant to the applicable

provisions of the Federal Rules of Civil Procedure,

before Rosemarie J. Brennan, a Notary Public and

Shorthand Reporter within and for the Commonwealth of

Massachusetts, at the offices of Latti & Anderson,

LLP, 30-31 Union Wharf, Boston, Massachusetts 02109,

on Tuesday, July 7, 2005, commencing at 9:30 a.m.

HENNESSEY CORPORATION d/b/a
ROBERT H. LANGE CO., INC.
50 CONGRESS STREET
BOSTON, MASSACHUSETTS  02109
(617) 523-1874

ORIGINAL

85

1   Q    You said you met him on two other occasions you

2        think more or less it may have been, had

3        anything happened on those incidents?

4   A    Not that I recall.  One I believe was in

5        Charleston, that is about all I remember.  He

6        was going home to see his family.

7   Q    Do you know when he was hired?

8   A    I don't.

9   Q    Prior to August 5, 2002 was there ever any

10       complaints regarding Mr. Romero?

11  A    Not that I recall.

12  Q    Did the captain ever talk to you about him?

13  A    Not that I recall.  It doesn't mean it didn't

14       happen though.

15  Q    So the only, and correct me if I'm wrong, from

16       the time Mr. Romero started his employment with

17       American Cruise Lines up until August 5, 2002

18       the only issue with Mr. Romero that you recall

19       is the grilled cheese?

20  A    Yes.  I can't remember anything specifically

21       about him.  I mean stewards and hotel managers

22       frequently complain about chefs, about all kinds

23       of things.  Usually the food isn't so hot.

24  Q    Aside from the issue of food, any complaints

1           about his temperament?

2    A      Not that I recall, but that is, certainly is you

3           know, is symptomatic of chefs in general.

4    Q      Any complaints about how he treated crew

5           members, how he treated other crew members?

6    A      Not that I recall.

7    Q      Any complaints about how he treated women crew

8           members?

9    A      Not that I recall.

10   Q      Any complaints he was degrading to women?

11   A      Not that I recall.

12   Q      Any complaints ---

13   A      Certainly not to me.

14   Q      Okay.  Any complaints or did you become aware of

15          any complaints that he was physical with women

16          crew members?

17   A      Not that I recall.

18   Q      Any complaints whatsoever regarding Michael

19          Romero?

20   A      I think there was a complaint that the

21          presentation of his crew meals should be better.

22          And I think it was, an example that I was given

23          was that the cheeseburgers for the crew members

24          were presented to them on a sheet pan instead of

87

```
 1        a platter, but that's --- I am not even sure

 2        that was him.  That's a typical kind of, you

 3        know ---

 4    Q   Did any crew member request to leave the

 5        AMERICAN EAGLE because of Mr. Romero?

 6    A   Not that I know of.

 7    Q   From the time he was employed up until August 5,

 8        2002, according to your knowledge Mr. Romero was

 9        operating within the guidelines of the

10        operations manual and was doing his job and was

11        a fine worker?

12    A   My recollection was he was pretty good.

13    Q   Margaret Gilmore, or Margaret Jacobi, were you

14        involved in hiring her?

15    A   No.

16    Q   Did you know she was hired?

17    A   No.

18    Q   Did you ever meet her prior?

19    A   No.

20    Q   At any time?

21    A   No.

22    Q   When was the first time you heard about her?

23    A   The night of the incident, or the morning of the

24        incident.
```

1

```
 1                                    Volume: I
                                      Pages: 111
 2                                    Exhibits: 9

 3              UNITED STATES DISTRICT COURT

 4              DISTRICT OF MASSACHUSETTS

 5        _____

 6

 7    MARGARET L. GILMORE,
                              Plaintiff
                                            Docket No.
 8              vs.                         04-12323-NG

 9    AMERICAN CRUISE LINES, INC.,
                              Defendant
10        _____

11

12

13             DEPOSITION of PAUL TAICLET, a witness
      called by and on behalf of the Plaintiff, taken
14    pursuant to the Federal Rules of Civil Procedure,
      before Cynthia F. Stutz, Certified Shorthand Reporter
15    and Notary Public in and for the Commonwealth of
      Massachusetts, at the offices of Latti & Anderson LLP,
16    30-31 Union Wharf, Boston, Massachusetts, on Thursday,
      June 23, 2005, commencing at 10:00 a.m.

17

18

19

20

21

22                      Hennessey Corp., d/b/a
                     Robert H. Lange Company
23                       50 Congress Street
                     Boston, Massachusetts 02109
24      617-523-1874 *** 800-645-6807 *** Fax 617-523-7343
```

1    unable to control, formulate sentences.

2        Q.    Stumbling, slurring.  Would you ever go out

3    with Michael Rome when he would be stumbling, slurring

4    his words?

5        A.    Yes.

6        Q.    On how many occasions?

7        A.    I don't remember.

8        Q.    When you would go out with Mr. Romero how many

9    drinks would he usually have?

10       A.    I don't remember.

11       Q.    Did you ever see Mr. Romero, would you ever

12   watch him, how he acted with other crew members on the

13   vessel?

14       A.    No.

15       Q.    Did you ever see him socialize with other crew

16   members, other people?

17       A.    Yes, he would socialize.

18       Q.    And when he would socialize with other crew

19   members, how was he?

20       A.    On board the vessel?

21       Q.    On board the vessel.

22       A.    He was fine.

23       Q.    Was there ever any complaints regarding him?

24       A.    Not that I recall.

1    Q.    Was there ever, prior to August 4th of 2002,

2    any instances of Romero being drunk?

3    A.    There was one incident that I remember.

4    Q.    What incident was that?

5    A.    He left a grilled cheese sandwich cooking on

6    the stove in the galley.

7    Q.    Do you know when that was?

8    A.    No.

9    Q.    Do you know -- Did you go out drinking with

10    him that night?

11    A.    I don't remember.  I would say no.

12    Q.    What details do you know about the grilled

13    cheese incident?

14    A.    Not many.  That it was left on and caused some

15    smoke in the galley.

16    Q.    And did anything happen to Mr. Romero as a

17    result of that?

18    A.    I don't know.

19    Q.    Do you know if there was any reprimand, any

20    warning?

21    A.    I don't know.  I don't believe I was on the

22    vessel at that time.

23    Q.    How'd you hear about the grilled cheese

24    incident?

1    A.    Through communication to the home office.

2    Q.    So you don't remember whether you went out

3  drinking with him that night?

4    A.    No, I don't.

5    Q.    Do you know whether he blacked out at all?

6    A.    I have no idea.

7    Q.    Did Mr. Romero ever tell you he would black

8  out from drinking?

9    A.    No.

10    Q.    Did you ever see incidents where Mr. Romero

11  was degrading to women?

12    A.    No.

13    Q.    Did he ever talk about women as being sex

14  objects?

15    A.    No.

16    Q.    Did you ever see him or hear about him making

17  sexual comments?

18    A.    No.

19    Q.    Did you ever see him harass any crew members?

20    A.    No.

21    Q.    Would he ever flirt with any crew members?

22    A.    I don't know.

23    Q.    Did you ever see him being inappropriate in

24  any ways to any crew members?

1       A.    No.

2       Q.    In regards to male employees, did you ever see

3    him treat male employees poorly?

4       A.    Not that I recall.

5       Q.    Did anyone ever complain of him having an

6    attitude or not treating them properly?

7       A.    Yes.

8       Q.    And what was that?

9       A.    Just sometimes his temperament in the galley.

10       Q.    What would he do, what was his temperament?

11       A.    Just intensity of just working in the galley.

12       Q.    Would he be rude, would he be hostile?

13       A.    Just, he would be just more loud and more

14    direct.

15       Q.    Would he ever engage in sexual talk with the

16    crew where he would talk dirty or talk about his sexual

17    experiences with women?

18       A.    I don't know.

19       Q.    You never heard him do that?

20       A.    Not that I recall, no.

21       Q.    Do you remember Kate Swords?

22       A.    Yes, I do.

23       Q.    How about was he ever offensive to her?

24       A.    I don't know.

53

1    action against Mr. Romero for first the grilled cheese

2    incident and then for passing out in the wheelhouse?

3         A.    The captain.

4         Q.    The captain or the hotel manager?

5         A.    Well, the captain is directly responsible for

6    the bridge and if it was a matter of the smoke, it

7    would be a safety concern, so it would be the captain.

8    The hotel manager could follow up with it, as well.

9         Q.    Do you know who the hotel manager was during

10   the grilled cheese incident?

11        A.    No.

12        Q.    Do you know who the hotel manager was during

13   the passing out in the wheelhouse?

14        A.    No.

15        Q.    Did you ever hear an incident where Romero

16   slapped the butt of a crew member?

17        A.    I don't recall.

18        Q.    Do you know a crew member Lacola (phon.)?

19        A.    Have you got the last name?

20        Q.    No.

21        A.    Yeah, well, I don't know.  I mean, we have a

22   lot of crew members.  I don't know.

23        Q.    Do you remember in May of 2002 being in South

24   Carolina and being in a jacuzzi, it was you, Romero,

1    Lacola, a couple other crew members were there?

2        A.    Yes.

3        Q.    Okay.  And --

4        A.    I mean, I don't know the other crew members

5    names, but I do recall.

6        Q.    Do you remember Romero pushing a person into

7    the pool?

8        A.    No.

9        Q.    Who couldn't swim?

10       A.    No.

11       Q.    Did any crew members in the kitchen, any ever

12   complain about Romero threatening them?

13       A.    There was a galley steward that -- I don't

14   know if it was threatening, who was concerned just with

15   the treatment of Romero or I guess just the intensity

16   of Romero and the language of him.

17       Q.    Did you ever hear that one crew member wanted

18   to take a vacation, he threatened to kill him if he

19   took a vacation, because it interfered with his?

20       A.    No.

21       Q.    Did you ever hear or see of any incident where

22   he threw equipment, a clock radio at a crew member or

23   out the window?

24       A.    No.

55

1    Q.   Are you aware, aside from the grilled cheese

2    incident, which you heard about and the passing out in

3    the wheelhouse incident, which you heard about, and

4    aside from the August 4th incident, are you aware or

5    seen or heard of any other incident in which Romero

6    came back drunk?

7            MR. SNYDER:  Object to the form of the

8    question, but you may answer.

9    A.   I don't, I don't know.

10   Q.   Did anyone on the vessel ever complain that

11   Romero created a difficult work environment?

12   A.   Yes.

13   Q.   Who?

14   A.   I don't remember.

15   Q.   And what was the circumstances?

16   A.   I don't remember.

17   Q.   Did any prior chefs ever ask, who worked in

18   the galley, be transferred to another vessel because of

19   Romero?

20   A.   Not that I remember.

21   Q.   Did any prior crew member at all, from

22   assistant hotel manager or deck hand or steward ask to

23   be transferred to another vessel because of the way

24   Romero treated them?

1          A.    I don't remember.

2          Q.    During your times with Romero how would he

3     treat women that you saw?

4          A.    What do you mean?

5          Q.    Was he degrading to them?  Would he make

6     comments about them?

7          A.    I mean, I don't know how -- I can't really

8     tell how he would treat them, I mean.

9          Q.    How would he talk about women?

10         A.    I mean, he was married.  He seemed to be -- I

11    mean, he would talk about his wife and his children,

12    but I mean, I don't know the details of what he talked

13    about and treated women.

14         Q.    So you never, when you were with him on the

15    vessel or you saw him interacting with crew members,

16    you never saw him talking negatively about women or

17    degrading them or anything like that?

18         A.    Not in front of me.

19         Q.    Not in front of you.  Were you aware of any

20    discipline of Michael Romero at all prior to August

21    4th, 2002?

22         A.    I don't know.

23         Q.    At any time as hotel manager did you ever want

24    to discipline Romero?

1       Q.    And do you know what time you left the vessel?

2       A.    No.

3       Q.    And do you know where you went?

4       A.    I don't remember the name of the

5   establishment.

6       Q.    Does Hawk's Bar sound familiar?

7       A.    It may have been.  I don't remember.

8       Q.    Were you at one bar the entire night?

9       A.    I believe so.

10       Q.    And when you were at the bar did you eat

11   anything?

12       A.    I don't remember.

13       Q.    Do you recall what you drank?

14       A.    Beer.

15       Q.    Beer.  How many beers did you have that night?

16       A.    I don't remember.

17       Q.    Do you recall, did you have any shots?

18       A.    Yes.

19       Q.    How many shots did you have?

20       A.    I don't remember.

21       Q.    Do you know how many -- What did Michael

22   drink?

23       A.    Same amount, same thing I was drinking.

24       Q.    He drank beer?

1       A.    He did drink beer.

2       Q.    And did he have any shots?

3       A.    Yes.

4       Q.    Okay.  How many, do you know how many shots he

5   had?

6       A.    No, I don't.

7       Q.    Do you know what type of shots he was

8   drinking?

9       A.    I don't remember.

10      Q.    And how about Adam Cutone, was he drinking?

11      A.    He, he was not with us the entire time, so I

12  don't know.

13      Q.    Were there any other crew members with you

14  that night?

15      A.    Not that I remember.

16      Q.    Were there any passengers with you?

17      A.    No.

18      Q.    When you left the vessel, who drove the skiff?

19      A.    The first mate.

20      Q.    The first mate.  And then he dropped you off

21  and then brought it back to the ship or what?

22      A.    I don't know what he did once we left.

23  Typically he would go back and forth at the top or

24  bottom of the hour.

1    the vessel?

2         A.    On board the skiff?

3         Q.    Skiff.

4         A.    First mate, Cutone, Romero, myself and I don't

5    recall if there was any other individuals on board.

6         Q.    When you got on the skiff, describe to me what

7    state you were in?

8         A.    We were drinking.  I was able to get on the

9    skiff and climb back to the boat and get into my

10   stateroom fine.

11        Q.    Would you classify yourself being drunk?

12        A.    I don't know.

13        Q.    You have no memory?

14        A.    No, I do have a memory.  I mean, I remember

15   going back.  I don't think I was stumbling or slurring,

16   so --

17        Q.    You don't think you were drunk?

18        A.    (Witness shaking head from side to side.)

19        Q.    How about Cutone, Adam Cutone?

20        A.    I don't think he was, I don't think he was

21   drinking heavily, if he was out.

22        Q.    How about Michael Romero, was he drunk?

23        A.    I don't know if he was.

24        Q.    You don't have any memory as to whether he was