## ...ICIDENT REPORT

Page 1

...gency: *Boothbay Harbor Police Department*

INCIDENT NO: 2002394P

| Field | Value |
|---|---|
| ...ident Type | *...ult Arrest* *Alcohol Related* |
| Incident Classification #1 | *Rape (Adult)* ☒ att |
| #2 | ☐ att |
| Responding To | |
| Assignment | |
| Estimated Total Property Loss | |
| ...orted On Date/Time | *...E 08/06/2002* |
| Occurred From Date/Time | *MON 08/05/2002 00:15* |
| Occurred To Date/Time | |
| Beat of Occurrence | |
| District | |
| Arrived Time | *02:50* |
| Cleared Time | *07:00* |
| Report Date | |
| Report Time | |
| UCR/NCIC Code | / |
| ...tional Charges | |
| ...tion of Incident: ...tive Location ☒ Address ☐ | *American Eagle, Boothbay Harbor, ME 04538* |
| Location Name (if applicable) | |
| ... of Premise (For Vehicles State Where Parked) | *...her* |
| Entry Point | *Adjacent Room* |
| Method | *Unlawful Entry* |
| Weapon/Tool/Force Used | *Other (Specify)(license)* |
| ...rity | *...ard* |
| Evidence | |
| ...ted Case No.'s | *...ne* |
| ...er Involved | *...sch, Det. Pease* |

COPY

### ...ctims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| ... | *maragret, jacobi* | F | White | 01/28/1974 28 |

Confidentiality ☐ — Address: Street, City, State, ZIP — Home Phone Ext.

Place of Employment/School/Address: *...erican EAGLE /, CT* — Occupation: *asst. director* — Business Phone Ext.

Height | Weight | Build | Hair | Eyes | Descriptors

Driver's License | State | Social Security No. | Other I.D.

Relation to Suspect: *...quaintance* — Victim of: Offns. # — Offndr. # *A-1*

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| ...1 | *HOWES, andrew* | M | White | 07/01/1958 44 |

Confidentiality ☐ — Address: Street, City, State, ZIP — Home Phone Ext.

Place of Employment/School/Address: *...erican EAGLE /, CT* — Occupation: *Captain* — Business Phone Ext.

| ID/Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| *Higgins, Patrick* | *08/06/2002 05:38* | | | |

...CORDS DISTRIBUTION DATE ... Supervisor

411235228

AUG 14 2002

## INCIDENT REPORT CONTINUED

Page 2

| AGENCY | Incident Classification | Incident No |
|---|---|---|
| *Boothbay Harbor Police Department* | *Rape (Adult)* | 2002394P |

Height | Weight | Build | Hair | Eyes | Descriptors

Driver's License | State | Social Security No. | Other I.D.

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| *W-2* | *Swords, kate* | F | White | 02/14/1982 20 |

Confidentiality ☐ — Address: Street, City, State, ZIP — Home Phone Ext.

Place of Employment/School/Address: *American EAGLE /, CT* — Occupation: *night watch* — Business Phone Ext.

Height | Weight | Build | Hair | Eyes | Descriptors

Driver's License | State | Social Security No. | Other I.D.

### Suspects

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| *A-1* | *Romero, micheal a* | M | White | 09/13/1969 32 |

Confidentiality ☐ — Address: Street, City, State, ZIP: *4103 palmetto place, fortmill, SC* — Home Phone Ext.

Place of Employment/School/Address: *American Eagle /, CT* — Occupation: *cook* — Business Phone Ext.

Charge Level Description — UCR/NCIC Code /

Warrant # | Court | Judge | Bail

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'07" | 190 | Muscular | Brown | Brown | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 25743043 | NC | | |

### Narrative

On Aug. 5, 2002 at approx. 0220 Hrs. I received a call from my dispatcher reporting a rape aboard the American Eagle cruise line. It took me approx. 20 minutes to ascertain where the ship was located. I then called Officer Hasch in and the Harbor Master Ross Maddocks. I also requested a detective from Lincoln County. While I was waiting for the Harbor Master, I received information that the suspect was getting unruly. As soon as Officer Hasch and Maddocks arrived, we left the dock en route to the ship on anchor.

Upon arrival There were approx. three bags of luggage packed. There was an obviously intoxicated male, ( Later identified as the suspect Micheal Romero) standing by the entry way saying that he did not do anything and that he was woken from a sound sleep. I also saw the captain of the ship. There was aslo a female that was the night watch.

Officer Hasch stayed with the suspect, and the captain and night watch showed me where the

CONTINUED NEXT PAGE

411235228

AUG 14 2002

## ...IDENT REPORT CONTINUED

Page 3

| ...ENCY | Incident Classification | Incident No. |
|---|---|---|
| *Boothbay Harbor Police Department* | *Rape (Adult)* | 2002394P |

...im was. She was visibly shaken, and exhausted. I confirmed that the man being held was in fact ... person she believed to commit the crime. I then asked if she were positive it was that man that ... this, and she said it was without a doubt. I then asked her with out getting into too much detail ...at had happened. I told her to give me a rough idea, but she would have to go through it again ...en the detective arrived. Due to her emotional state I did not want her to go through it any more ...n she had to.

She ( Maragret Jacobi, AKA Meg) told me that this was her first day working on the ship. She ...t the suspect earlier at a meal and he had a wife and two children. She said that she may have ...n him on the ship as he and others were preparing for a night on the town. She said that she ...s the BINGO caller until 2200 Hrs. Then she went to her room, took some sleeping meds. and ...nt to sleep. She said that she woke up shortly after mid night with a half naked man beside her. ...e said that she heard him say that the man told her that they had already had sex and that he ...nted to do it again. She told me that she said, " Hell NO." to herself because she just got ...aged to he boyfriend. She then said she took him back to his room, ( Approx. one door down) ...ing that she didn't think his wife and kids would approve of his behavior. She then said that she ...t looking for the captain and could not find him, so she returned to bed.

The night watch, ( Identified as Kate Swords) told me that she was walking down the hall and ...rd Meg saying NO MIKE repeatedly. She then went to get the Captain. Later she heard Mike ...ing, " Give me your arm repeatedly. " and Meg saying, " Why are you doing this Mike." ...eatedly.

Ms. Jacobi said that again she was awoken by Mr. Romero. This time he grabbed her, flipped ... to her stomach and pulled her up to her knees while holding her arms behind her back. She told ... that she was struggling and that he slammed her head into the wall a few times. She told me ... she was positive that if she did not turn hear head upon impact with the wall it would have ...ken her nose.

...She continued saying that Mr. Romero held her arms behind her back with one hand, and was ...ng her shorts down with the other hand. She said that this was difficult because the shorts she ... wearing had a tight waist, and did not come down easily. She said that he continued pulling her ...ts as they tore at her waist. At this point I asked her to stop, having enough probable cause to ...st Mr. Romero. I spent approx. 30 Minutes explaining the legal process to her and consoling her. ...ective Pease arrived shortly after.

...explained everything to him. Officer Hasch Took Mr. Romero to the police department. Det. ...se conducted interviews with the victim, and witnesses. Det. pease then asked me to take Ms. ...bi to Miles Hospital for a rape test that Ms. Jacobi agreed to have done. I then took her to Miles ...e after approx. a hour and a half they started the kit. Approx. 30 minutes later Det. Pease ...ed at Miles and relieved me.

...D OF INCIDENT REPORT

411235228

## Lincoln County Sheriff's Department
## CRIMINAL INVESTIGATION DIVISION
## INCIDENT REPORT

| CASE # | TYPE OF COMPLAINT | | | | |
|---|---|---|---|---|---|
| 02080153 | Attempted Gross Sexual Assault, Burglary, Assault | | | | |
| **COMPLAINANT or VICTIM** | **AGE** | **RACE** | **SEX** | **D.O.B.** | **HOME PHONE** |
| Margaret "MEG" Jacobi | 28 | w | f | | |
| **COMPLAINANT or VICTIM'S ADDRESS** | **CITY** | | **STATE** | | **WORK PHONE** |
| | | | | | |

| PLACE WHERE INCIDENT OCCURRED | TYPE OF BUILDING (Residence, Store, etc.) |
|---|---|
| Cabin #308 | American Eagle Cruise Ship |

| REPORTED BY | PHONE | REPORTED TO |
|---|---|---|
| Ms. Jacobi | | Ship Captain Andrew Howes |

| DAY, DATE, & TIME OF INCIDENT | DAY, DATE, & TIME OF REPORT |
|---|---|
| Monday 01:30am, 8-5-02 | same |
| **RESPONDING DEPUTY** | **INVESTIGATOR ASSIGNED** |
| | Detective Sergeant Jason A. Pease |

**NAME, DOB, PHONE NUMBER & ADDRESS OF SUSPECT(S)**

Michael Romero 09-13-1969, 4103 Palmetto Place, Fort Mill, South Carolina ,29708. #803-548-1269

**NAME, DOB, PHONE NUMBER & ADDRESS OF PERSON(S) INVOLVED**

Adam Cutone 8-26-78, 25 Roslyn St. Suite #4 Salem, MA 01970, 978 - 335- 0807

Andrew Howes 7-1-1958, 12280 NW 12th Court,

| LATENT PRINTS | PHOTOGRAPHS | PHYSICAL EVIDENCE (If YES, note property #) |
|---|---|---|
| | | |

(207)
...7332 563-3200
...7072 832-4000

P.O. Box 611, U.S. Route 1
Wiscasset, Maine 04578

Admin (207) 882-6576
FAX (207) 882-9728

...iam C. Carter, Sheriff

Daniel E. Bradford, Chief Deputy

Lincoln County Sheriff's Dept. Wiscasset, Maine 04578
INCIDENT REPORT
Name C# Incident

*SUMMARY OF INVESTIGATION*

*DETAILS OF INVESTIGATION*

On Monday August 5, 2002, at approximately 02:40am, I responded to Boothbay Harbor for a report of a sexual assault. The sexual assault had been reported to have occurred on the "AMERICAN EAGLE" Cruise Ship which was anchored in Boothbay Harbor.

Once in Boothbay Harbor I met with the Harbor Master who took me out to the cruise ship via his patrol boat.

As I got on to the Cruise ship I was met by Boothbay Harbor Police Officers Bob Hasch and Pat Higgins. Officer Higgins pointed to a male subject sitting on the floor and stated he was the suspect. The subject was identified as MICHAEL A ROMERO 9-13-1964. Officer Higgins also told me a brief description of the allegations and stated the victim was with another female crew member.

Next I spoke with Captain Andrew Howes of the American Eagle Cruise Ship. Captain Howes stated he had found Mr. Romero in the victim's room, and that the night watchman had heard the victim telling Mr. Romero "NO". Captain Howes stated he wanted Mr. Romero off the ship for the safety of the victim and others aboard. At this time Officer Bob Hasch escorted Mr. Romero and his belongings off the ship by way of the Harbor Masters boat.

Around 03:35am, I spoke with Adam Cutone (ship's purser) about the incident. Mr. Cutone stated he finished his work the night before around 10:15pm and took the launch to the mainland. Once in downtown Boothbay Harbor Mr. Cutone went to the "Hawk" bar and met with other crew members. Mr. Cutone said Mr. Romero was sitting in the bar and appeared intoxicated.

Mr. Cutone said he had a couple drinks and "hung out" with Mr. Romero and the other crew members. Mr Cutone said Mr. Romero and PAUL TAICLET were drinking heavy and became very intoxicated.

Mr. Cutone stated he and the other members returned to the ship sometime around midnight. He last saw Mr. Romero in the gangway area where they unloaded from the launch. Mr. Cutone stated he went directly into his room which is on the level as the gangway, Mr. Romero walked up the stairs towards his own room.

Mr. Cutone said sometime later "Meg" (victim) came to his room to use his cell phone. Meg told him that Mr. Romero had broke into her room but she was all set because the Captain was handling the situation.

Mr. Cutone stated he left his room and found Mr. Romero sitting in the gangway with the Captain also standing there. Mr Cutone said he asked Mr Cutone what happened. Mr. Romero responded by saying he had no concept of the incident.

Mr. Cutone stated he went back and spoke with Meg who again told him that Mr. Romero had broke into her bedroom, pulled her shorts off and tried to rape her.

2

AUG - 9 2002

Lincoln County Sheriff's Dept. Wiscasset, Maine 04578
INCIDENT REPORT
Name C# Incident

Around 03:55am, Officer Higgins and I spoke with MARGARET "Meg" JACOBI 1-28-74, about the incident between Mr. Romero and her.

Meg was clear upset about the incident but stated she would give her statement to us. Meg started by saying she first met Mr. Romero on Sunday 8-4-02, during lunch. Meg said she sat at a table with Mr. Romero, Paul Taiclet and a couple other people. Meg said the conversation was friendly but was a typical male conversation. Meg said Mr. Romero and Mr. Taiclet talked about renting their own yacht and making into a "brothel". Meg said she "chalked it up" as "boy's talking big".

Meg stated during the lunch conversation Mr. Romero claimed he has a wife and two kids.

Again during dinner she saw Mr. Romero and Mr. Taiclet. The men told Meg that they were leaving the ship to go out drinking.

Meg said she worked all night conducting BINGO games for the elderly passengers then went to her room around 10:00pm. Meg said Adam (Mr. Cutone) came to her room and spoke briefly about "petty cash" that had been earned during the evening.

Meg said Adam left within minutes so he could take the launch to the mainland. Meg stated she then took 2 Seroquel pill which were prescribed to her for sleeping. Meg said the pills usually "knock her out for 4-6 hours at a time.

Meg said the next thing she remembers is waking up to find Mr. Romero laying in bed with her. Meg said she asked him what he was doing in her room and Mr. Romero stated he had been there since 10:00pm.

Meg stated Mr. Romero implied that they had sex and stated he wanted to have more sex. This was of great concern to Meg because she had not consented to having sex, and was afraid Mr. Romero had "raped" her while she was under a deep sleep from the prescription pills.

Meg said Mr. Romero was trying to kiss her and kept grabbing her arms. Meg said she was scared of what Mr. Romero may do, then they began to argue. Meg said Mr. Romero fell off the bed numerous times because he was so intoxicated.

Meg said after a short period of time someone knocked on the door to her room. Meg said Mr. Romero pushed her aside and answered the door. Meg said Mr. Romero was blocking the door she could hear Mr. Romero talking with someone but she was unsure of who it was. Meg said she believed it was the Captain.

Meg said the person (captain) left the area but he did not know what was actually going on in the room. Meg said she was finally able to take Mr. Romero back to his own room which was next door to Meg's room.

Meg stated she then went to find the Captain to inform him on what had happened but she wasn't able to locate him so she returned to her room.

Meg said she again locked the door to her room and went to bed. Meg said she had only been back in her room ½ hour to an 1 hour when Mr. Romero broke into her room again.

Meg said Mr. Romero was standing over her bed as she awoke and stated she could have it nice or

3

AUG - 9 2002

Lincoln County Sheriff's Dept. Wiscasset, Maine 04578
INCIDENT REPORT
Name C# Incident

the hardway.

Meg said Mr. Romero became very violent, grabbed her arms and pulled them behind her. Meg said Mr. Romero "slammed" her face / head into the wall so hard that she thought her nose was broke.

Meg said she was yelling at Mr. Romero to stop and tried to struggle but Mr Romero pulled down her shorts. Meg said she was not wearing any underwear under her shorts so once her shorts were off Mr. Romero tried to place his penis inside her.

Meg said Mr. Romero's penis was exposed and he had rubbed it against her while he tried to have sex with Meg. Meg said she was on her knees at the time so it seemed as if Mr. Romero was trying to have sex with her anally. Meg stated again that his penis never entered her vagina or "ass" but he was rubbing it against her.

Meg said she continued to struggle so Mr. Romero couldn't have sex with her and then told him if he let go of her she would have sex the right way. Meg said Mr. Romero let go and she ran out of the room and found the Captain.

Meg stated the Captain then went back and found Mr. Romero in his own room. Meg said she went and sat on the stairs with the night watchman KATE. Meg said she was very upset and confused about what had occurred.

Meg stated the Captain then called the Police.

When asked Meg stated she never invited or gave permission for Mr. Romero to be in her room. Meg also stated she never consented to any type of contact with Mr. Romero.

As we were finishing the interview Meg stated she locked her door before each incident but somehow Mr. Romero was able to enter her room twice. Meg said she is concerned that something else might happen.

During the interview with Meg, Kate the Night watchman came into the room and sat with Meg. Meg asked her to explain what she had observed. Kate stated she was doing her rounds when she heard "Stop Michael stop". Kate said she was concerned with what was going on in Meg's room so she woke up the Captain and advised him of what was going on.

Kate said the Captain then went to the room and made contact with Mr. Romero. Kate said she then went back to doing her rounds.

Kate stated the next time she went by Meg's room again doing rounds she heard Meg telling Mr. Romero to stop numerous times. Kate stated she heard Meg ask Mr. Romero why are you doing this. Kate said she heard Mr. Romero telling Meg to give him her arm and he told her she could have it nice or the hard way. Kate stated Meg sound as if she was pleading to Mr. Romero. Mr. Romero sounded angry when ordering Meg to give him her arm.

Kate stated she finished her rounds and went to find the Captain but he was already speaking with Meg.

**NOTE: See written statement from Kathryn Swords (Kate) and Captain Andrew Howes.**

4

Lincoln County Sheriff's Dept. Wiscasset, Maine 04578
INCIDENT REPORT
Name C# Incident

Meg was then escorted to the Mainland and driven to Miles Hospital in Damariscotta by Officer Higgins. Once at Miles a sex crimes kit would be conducted for evidence / forensic testing purposes.

Next I looked through Meg's room. The cabins are very small, tight quartered areas. On Meg's bed was s bunch of sheets, blankets, clothing items and towels. I removed the sheets for evidence but due to the other items being mixed into a pile no other items were taken.

I spoke with Captain Howes briefly about the incident. Captain Howes said he was first notified by Kate the Night Watch that something was going on in Meg's room. Captain Howes said he knocked on Meg's door and Mr. Romero answered. Captain Howes stated he told Mr. Romero to leave the room because it was against crew policy for him to be in another crew members room. Captain Howes said he did not know what was going on in the room at the time but felt Mr. Romero should leave.

Captain Howes said he then walked away and a few minutes later he went back down the hall and saw Meg trying to get Mr. Romero into his own room. The Captain said it appeared as if the incident was over and Mr. Romero was going to stay in his room.

Captain Howes stated a short time later he was approached by Meg who was very upset. Captain Hawes said Meg reported to him that Mr. Romero had broke into her room again and tried to "rape" her.

Captain Howes said he got a few details of the incidents from Meg then went and found Mr. Romero who was now in his room.

Captain Howes said Mr. Romero was very hostile towards him and even made threats against Captain Howes. Mr. Romero was then removed from his room and placed in the gangway until the Boothbay Harbor Police arrived.

SEE ATTACHED WRITTEN STATEMENT FROM CAPTAIN HOWES.

I left the ship and met with Officer Bob Hasch at the Boothbay Harbor Police Department. Officer Hasch stated Mr. Romero had refused to take a breath test to determine his Blood alcohol level.

**Interview with Michael A. Romero 9-13-1969:**

At 05:30am, I spoke with Mr. Romero and read him his Miranda rights. Mr. Romero stated he has been read his rights before and even recited them close to word for word while I read them to him.

After going over the rights with Mr. Romero he signed the waiver and agreed to speak with me.

I asked Mr. Romero to explain the nights events to me then I would ask him questions if I needed to.

Mr. Romero stated he and PAUL had gone to shore via the launch sometime around 8:00pm, then met Adam a while later at the bar. Mr. Romero stated they returned to the ship sometime around 10:30pm -11:00pm. Mr. Romero said he went to sleep in his room # 306 and the next thing he remembers is being awoken by the Captain.

Mr. Romero said the Captain advised him of Meg making the complaint about him, then he was told to pack his things and went downstairs.

5

When asked how much alcohol he had consumed Mr. Romero stated he had about 6 beers and 6-8 ots of hard liquor ( Yagermaister).

I asked Mr. Romero about entering Meg's room and laying on her bed with her. Mr. Romero denied ng in her room. Mr. Romero commented that he was married and would never do anything to harm ge.

Again when asked if he was in Meg's room when the Captain came to the door Mr. Romero denied ng in the room and said he never spoke with the Captain.

Mr. Romero restated he came back to the ship, went directly to his room, went to sleep and was aken by the Captain. Mr. Romero again denied ever being in Meg's room.

I continued to speak with Mr. Romero about the allegations made by Meg. I explained to Mr. mero Meg stated she woke up and found Mr. Romero in her room laying on the bed with her. They ued, a short time later someone knocked on the door, he answered and it was the Captain. Mr. Romero ed again that he never spoke with the Captain and was never in Meg's room. Mr. Romero stated he had "concept" of what happened other than him sleeping in his own room.

I then explained to Mr. Romero that the Night Watchman had heard him and Meg arguing, and Meg ing him to "stop". I also told him because of what the night watch had heard the Captain came to the room approached him about the incident.

Again Mr. Romero stated he had no concept of that happening. Mr. Romero said he has never been Meg's room, and the night watchman and the Captain were lying.

Next I explained to Mr. Romero that he returned to Meg's room and attempted to sexually assault Mr. Romero shook his head back and forth. I continued by telling Mr. Romero Meg had reported he ed her arms behind her, pushed her head into the wall, then pulled off her shorts and tried to have sex her. Mr. Romero stated "it wasn't like him" he would never do anything like that.

Again I told Mr. Romero the Night Watchman had heard him tell Meg to give him her arms and even d him tell Meg she could have it nice or the hard way. And again Mr. Romero stated he had "No cept" of this happening. Mr. Romero also said again he has never been in Meg's room and did not try to e" her.

At this point the interview was concluded and Mr. Romero was placed back into the holding cell at thbay Harbor Police Department.

Officer Hasch handed me Mr. Romero's drivers license from North Carolina. The license was bent merous places along the edge of the card. **NOTE : In the past I have been able to open locked doors windows using a credit card and drivers license. The marks left on the cards from when I opened ed things are similar to those marks left on Mr. Romero's license.**

I asked Mr. Romero about the drivers license and what caused the marks / bends in the license. Mr. ero sat and looked at the license , I asked him if he used the license to open Meg's door which had been ed.

Mr. Romero look at me and stated "the dog ate my license, that's what did it."

Mr. Romero and his belongings were then transported to the Lincoln County Jail. Once at the Jail Mr. Romero became uncooperative towards the Jail staff. Mr. Romero was vulgar to the staff and when asked questions he responded by making wise comments.

Prior to me leaving the Jail Mr. Romero requested I secure his luggage and also get his prescriptions from the luggage.

I explained to Mr. Romero I would check through is bags, secure them in the Patrol Division and then find his pills. Mr. Romero said "I don't care what you do to my bags, just get my fucking pills".

Next I responded the Hospital and met with Officer Higgins. Officer Higgins was very upset because he had been at the hospital for approximately 2 hours with Meg and the staff had not yet started the exam. I relieved Officer Higgins of his post and stood by in the ER until Dr. Gow finished the SEX CRIMES KIT.

I then took possession of the Sex Crimes Kit, and transported Meg back to Boothbay Harbor.

**Note : The sex crimes kit along with the sheets from Meg's room was taken to the State Police crime Lab on 8-8-02.**

Detective Sergeant Michael Murphy, Meg and I returned to the cruise ship around 9:35am. Meg went back to her room and we met with the Captain in the Wheel House. I explained to the Captain that Mr. Romero had been taken to jail and as part of his bail he was not allowed back to the ship. I also explained to the Captain that I needed to speak with a couple more people before they departed from Boothbay Harbor.

At approximately 09:45am, I spoke with Kathryn Swords (Kate). I had learned during my prior interviews that Mr. Romero may have approached Kate and made sexual advancements.

Kate stated a couple weeks prior, she had been doing her rounds when Mr. Romero approached her. Kate said Mr. Romero "dragged" her by the arm up to his room. Kate stated he was making comments about all the women he has had sex with.

Kate said she became very concerned for her safety because Mr. Romero was opening his door to his room and was still trying to get her in his room. Kate said she began talking loud, almost yelling so to draw attention. Kate said Mr. Romero let go of her and acted as if he was joking about getting her into his bedroom. Kate said she did not report the incident when it happened because she felt it occurred due to Mr. Romero being "drunk".

Next I spoke with PAUL TAICLET 01-21-1979. Paul stated he first met Meg during her interview with the company. Paul said he was on the ship to teach Meg and Adam their positions due to them being new.

Paul said he and Mr. Romero along with a few passengers and crew left for shore around 8:15pm, on Sunday. Paul admitted he and Mr. Romero had been making comments about Meg and how she was much better looking than other females on the ship. Paul stated that was the only comment made about Meg.

Paul said they went to Hawks bar in Boothbay Harbor. Paul said he and Mr. Romero consumed approximately 8 shots and 8 beers.

Paul said it was around midnight when they returned to the ship. Paul said he went directly to his

om and assumed Mr. Romero went to his room.

Paul stated all he knew about the incident is what the Captain had told him previous to our arrival.

As Det. Sgt Murphy and I went to leave the ship, Adam Cutone stated he had received new formation about how Mr. Romero entered Meg's bedroom.

Mr. Cutone stated he had learned BEN ROSENBLATT a deckhand / room cleaner on the ship had ven Mr. Romero a master key. Mr. Cutone said Mr. Romero had gone to Ben's room in the middle of the ght and requested the master key because he locked him self out of his room.

Due to the ship leaving port within minutes, I explained to the Captain I would speak with Ben at ater time.

When Detective Murphy and I returned to the Sheriff's Office, we looked through Mr. Romero's ggage. We could not locate is medication in the two smaller bags so we opened the large suitcase. Inside ound two keys that belonged to the Cruise Ship. One of the keys was on a blue tag which indicated 306. is key was for Mr. Romero's room. The other key had a key tag with the AMERICAN CRUISE LINES go. It is believed this key is the master key which Mr. Romero was alleged to have take from the other w member. Mr. Romero's medication was located in the bottom of the large suitcase and taken to the jail Mr. Romero.

At approximately 11:43am, I spoke with Mr. Romero again in the CID office. Mr. Romero was vised that his rights still applied and he did not have to speak with me. Mr. Romero stated he would talk me again.

I explained to Mr. Romero I had learned new information about the nights events and asked him if remembered anything else.

Mr. Romero stated he has been thinking about every thing but only remembers going back onto the p, into his room and sleeping.

I then asked Mr. Romero if he went anywhere else on the ship when he returned to the ship. Mr. mero stated he went straight to his room and stayed there until the Captain came and woke him up.

Mr. Romero denied going down to lower rooms in the "belly" of the ship. Mr. Romero stated he er went into BEN's room and did not receive a master key from Ben.

When I showed Mr. Romero the master key and his room key which was found in his luggage he Why would I need a key , my lock is broken". Again I tried to explain to Mr. Romero that the dence and the witness's observations show he did get the master key and did enter Meg's room, and he attempt to sexually assault Meg.

**te : I was advised by Mr. Romero his lock to his cabin was broke, I also was advised by another ject that Mr. Romero's lock was broken. (Possibly Capt. Howes)**

Mr. Romero shook his head and stated he does not remember any of this happening, Mr. Romero also ed again he had "no concept" of this.

When I spoke to Mr. Romero about his license being bent as if it was used to open locked doors he stated his wife had locked him out of the house about a year ago and he used it to unlock the door. *Note Mr. Romero stated earlier the dog had bit his license causing the marks on the license.*

Mr. Romero continued to denied the incident , but stated he was clearly intoxicated the night in question.

Mr. Romero did admit in the past he has gotten so intoxicated that he has "blacked out" and did not remember what happened until someone told him.

Mr. Romero stated one night he and PAUL TAICLET had been out drinking and returned to the ship "drunk". Mr. Romero stated he went into the kitchen and made a grilled cheese sandwich which he left on the stove. Mr. Romero said he went to his room and was later awaken because the sandwich had burnt and filled the rear of the ship with smoke. Again Mr. Romero stated he did not recall the incident but the Captain had spoke to him about it.

We went back over the allegations, witness statements, and evidence but Mr. Romero continued his denial and even stated he could not believe that he would do this type of thing.

**This interview was video taped. For full details of the interview please view the video.**

On August 8, 2002, around 08:02am, I spoke via telephone with BEN ROSENBLATT 8-11-1982. Ben informed me Mr. Romero had entered his room sometime around 12:15am - 12:30am on the night in question.

Ben stated Mr. Romero walked into the room and began looking through items. Ben said this woke him and his roommate ROARKE. Ben said Roarke spoke with Mr. Romero who asked for the master key because he was locked out of his room.

Ben stated the key was given to Mr Romero. Mr. Romero the returned the key a short time later.

Ben said Mr. Romero came back to their room again and asked for the master key. Ben said ROARKE again gave the key to Mr. Romero. Ben stated this time Mr. Romero did not return with the key.

AS OF 8-9-02 , I HAVE BEEN UNABLE TO CONTACT ROARKE ABOUT THE INCIDENT.

incoln County Sheriff's Dept. Wiscasset, Maine 04578

INCIDENT REPORT

Iame C# Incident

IST OF PERSONS INVOLVED:

Iichael A. Romero - 09-13-1969 — SUSPECT
103 Palmetto Place Fort Mill, South Carolina 29708 # 803-548-1269

dam Cutone - 8-26-78 — Witness
5 Roslyn Street Suite 4 Salem, MA 01970 # 978-335-0807

athryn "Kate" Swords - 02-14-82 — WITNESS
; State St. Westfield, MA 01085 # 413-562-1365

aptain Andrew Howes - 07-01-1958 — WITNESS
280 NW 12th Court Pembroke Pines, Florida - # 954-437-8723 - Home
# 443-783-0614 - Cell

ul Taiclet - 01-21-1979 - WITNESS
2 Roosevelt Road, Pittsburgh, PA 15237 - Parents residence
Green Meadow, CT 06475 - Apartment - 412-716-6074 cell phone

n Rosenblatt - 8-11-1982 —WITNESS
Worthing Drive Farmington, CT. 06032 860-677-5273

I recommend this case be forwarded to the District Attorneys Office for the Prosecution of CHAEL A ROMERO.

tective Sergeant Jason A. Pease
minal Investigation Division
icoln County Sheriff's Department

AUG - 9 2002