UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARGARET L. GILMORE<br>　　Plaintiff | )<br>)<br>)<br>) | Civil Action No. 04-12323-PJB |
| v. | )<br>) |  |
| AMERICAN CRUISE LINES, INC.<br>　　Defendant | )<br>)<br>)<br>) |  |

## DEFENDANT'S MOTION TO RECONSIDER COMPELLING PLAINTIFF TO SIGN HIPAA MEDICAL AUTHORIZATIONS

　　Now comes the Defendant American Cruise Lines, Inc. and pursuant to MRCP 35 moves for a reconsideration of an order to compel plaintiff to sign HIPPA Authorizations for all her medical providers listed in her answers to interrogatories.

　　In support of the instant motion, defendant submits:

　　a.　Memorandum of Law;

**DEFENDANT REQUESTS ORAL ARGUMENT**

　　　　　　　　　　　　　　　　　　　　DEFENDANT
　　　　　　　　　　　　　　　　　　　　By its attorney,

December 19, 2005　　　　　　　　　　　　/s/ Bertram E. Snyder
　　　　　　　　　　　　　　　　　　　　Bertram E. Snyder, BBO#471320
　　　　　　　　　　　　　　　　　　　　LOONEY & GROSSMAN, LLP
　　　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 951-2800

CERTIFICATE OF SERVICE

  I hereby certify that on the 19th day of December 2005, I served the foregoing by first class mail, postage prepaid and email, to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109.

                /s/ Bertram E. Snyder
                Bertram E. Snyder