# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

December 19, 2005

Salem Post Office
Attn: Sheila Sheehan
2 Margin St.
Salem, MA 01970

Re: Margaret L. Gilmore V. American Cruise Lines, Inc.
  United States District Court
  Boston, MA
  Civil Action No. 04-12323 MBB

Dear Ms. Sheehan,

Please be advised that this firm represents Margaret Gilmore for severe personal injuries sustained on or about August 5, 2002 while employed aboard the M/V AMERICAN EAGLE.

Under The Freedom of Information Act request is made for a change of and forwarding address search to be conducted on a witness named Adam Cutone. Mr. Cutone formerly resided at 397 Essex St., Salem, MA. Kindly forward said request at your earliest convenience to me via facsimile.

Thank you for your anticipated cooperation and assistance.

Very truly yours,

Latti & Anderson LLP

James A. Comfort, Jr.