UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **MARGARET L. GILMORE** | ) | |
| Plaintiff | ) | |
|  | ) | Civil Action |
| V. | ) | |
|  | ) | No. 04-12323-MB |
| **AMERICAN CRUISE LINES, INC.** | ) | |
| Defendant | ) | |

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff in the above-entitled action and notifies this Court that the above entitled action has settled. Plaintiff requests a 60 day order.

        Respectfully submitted for the
        Plaintiff, Margaret L. Gilmore,
        by her attorney,

        /s/ Carolyn M. Latti
        /s/ Carolyn M. Latti, BBO 567394
        David F. Anderson, BBO 560994
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000

Dated:  December 29, 2005\