UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET L. GILMORE,
    Plaintiff,

v.                                          CIVIL ACTION
                                          NO.   04-12323-MBB

AMERICAN CRUISE LINES, INC.,,
    Defendant.

## ORDER OF DISMISSAL

JANUARY 3, 2006

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                      /s/ Marianne B. Bowler

                                                      **MARIANNE B. BOWLER**

                                                      United States Magistrate Judge