UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET L. GILMORE,
    Plaintiff,

v.                                              CIVIL ACTION
                                                 NO.   04-12323-MBB

AMERICAN CRUISE LINES, INC.,
    Defendant.

## FINAL JUDGMENT

MARCH 3, 2006

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled,

it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

                                                  /s/ Marianne B. Bowler
                                                  **MARIANNE B. BOWLER**
                                                  United States Magistrate Judge